# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALIGN TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANGELALIGN TECHNOLOGY INC., WUXI EA MEDICAL INSTRUMENTS TECHNOLOGIES CO., LTD., WUXI EA BIO-TECH CO., LTD., AND SHANGHAI EA MEDICAL INSTRUMENTS CO., LTD. <br><br> Defendant. | Case No. 2:25-CV-00804 <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiff Align Technology, Inc. ("Align") hereby submits the following statement of its corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Align has no parent corporation, and no publicly held company owns 10% or more of its corporate stock.

1

Dated: August 18, 2025                                    Respectfully submitted,


                                                          */s/ Brian C. Nash*
                                                          Brian C. Nash (TX Bar No. 24051103)
                                                          MORRISON & FOERSTER LLP
                                                          300 Colorado Street, Suite 1800
                                                          Austin, TX 78701
                                                          Tel: (512) 617-0650
                                                          Fax: (737) 910-0730
                                                          BNash@mofo.com


                                                          *Counsel for Plaintiff*
                                                          *ALIGN TECHNOLOGY, INC.*