AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8** <br> **Director of the U.S. Patent and Trademark Office** <br> **P.O. Box 1450** <br> **Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas__ on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 2:25-cv-00804 | DATE FILED 8/18/2025 | U.S. DISTRICT COURT Eastern District of Texas |
|---|---|---|
| **PLAINTIFF** <br> Align Technology, Inc. | | **DEFENDANT** <br> Angelalign Technology Inc., Wuxi EA Medical Instruments Technologies Co., Ltd., Wuxi EA Bio-Tech Co., Ltd., and Shanghai EA Medical Instruments Co., Ltd. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 11,154,384 | 10/26/2021 | Align Technology, Inc. |
| 2 | 11,648,091 | 5/16/2023 | Align Technology, Inc. |
| 3 | 8,899,977 | 12/2/2014 | Align Technology, Inc. |
| 4 | 10,980,616 | 4/20/2021 | Align Technology, Inc. |
| 5 | 11,490,996 | 11/8/2022 | Align Technology, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy