Exhibit 5

US010980616B2

(12) **United States Patent**
Tanugula et al.

(10) Patent No.:     **US 10,980,616 B2**
(45) Date of Patent:     ***Apr. 20, 2021**

(54) **TREATMENT PLAN SPECIFIC BITE ADJUSTMENT STRUCTURES**

(71) Applicant: **Align Technology, Inc.**, San Jose, CA (US)

(72) Inventors: **Rohit Tanugula**, San Jose, CA (US); **John Morton**, San Jose, CA (US); **Chunhua Li**, Cupertino, CA (US); **Bastien Pesenti**, San Jose, CA (US); **Jihua Cheng**, San Jose, CA (US); **Jeeyoung Choi**, Sunnyvale, CA (US)

(73) Assignee: **ALIGN TECHNOLOGY, INC.**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/425,845**

(22) Filed: **May 29, 2019**

(65) **Prior Publication Data**

US 2019/0282338 A1      Sep. 19, 2019

**Related U.S. Application Data**

(60) Continuation of application No. 16/299,011, filed on Mar. 11, 2019, which is a division of application No.
(Continued)

(51) **Int. Cl.**
*A61C 7/36*          (2006.01)
*A61C 7/08*          (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ................ *A61C 7/36* (2013.01); *A61C 7/002* (2013.01); *A61C 7/08* (2013.01); *G06F 30/00* (2020.01)

(58) **Field of Classification Search**
CPC .... A61C 7/00; A61C 7/08; A61C 7/36; A61C 7/002; A61C 7/07
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,467,432 A      4/1949  Kesling et al.
3,379,193 A      4/1968  Monsghan et al.
(Continued)

FOREIGN PATENT DOCUMENTS

AU          3031677 A      5/1979
AU          517102 B2      7/1981
(Continued)

OTHER PUBLICATIONS

Co-pending U.S. Appl. No. 16/299,011, filed Mar. 11, 2019.
(Continued)

*Primary Examiner* — Edward Moran
*Assistant Examiner* — Matthew P Saunders
(74) *Attorney, Agent, or Firm* — FisherBroyles, LLP

(57) **ABSTRACT**

A series of appliances including a first shell and a second shell can be designed to incrementally implement a treatment plan. The first and second shells can have cavities designed to receive teeth of a jaw. A first number of bite adjustment structures can be formed of a same material as the first shell and extend from the first cavities and be designed to interface with teeth of a second jaw. The first number of bite adjustment structures can have a first shape and location. A second number of bite adjustment structures can be formed of a same material as the second shell and extend from the second cavities and be designed to interface with teeth of the second jaw. The second number of bite adjustment structures can have a second shape and location, different than the first shape and location.

**26 Claims, 11 Drawing Sheets**



## Related U.S. Application Data

14/186,799, filed on Feb. 21, 2014, now Pat. No. 10,299,894.

(51) **Int. Cl.**
    *G06F 30/00*     (2020.01)
    *A61C 7/00*     (2006.01)

(58) **Field of Classification Search**
    USPC ................................................ 433/6, 18, 19
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,407,500 | A | 10/1968 | Kesling et al. |
| 3,478,724 | A | 11/1969 | Alfred |
| 3,600,808 | A | 8/1971 | Reeve et al. |
| 3,660,900 | A | 5/1972 | Andrews et al. |
| 3,683,502 | A | 8/1972 | Wallshein et al. |
| 3,738,005 | A | 6/1973 | Cohen et al. |
| 3,860,803 | A | 1/1975 | Levine et al. |
| 3,916,526 | A | 11/1975 | Schudy et al. |
| 3,922,786 | A | 12/1975 | Lavin et al. |
| 3,950,851 | A | 4/1976 | Bergersen et al. |
| 3,983,628 | A | 10/1976 | Acevedo et al. |
| 4,014,096 | A | 3/1977 | Dellinger et al. |
| 4,195,046 | A | 3/1980 | Kesling et al. |
| 4,253,828 | A | 3/1981 | Coles et al. |
| 4,324,546 | A | 4/1982 | Heitlinger et al. |
| 4,324,547 | A | 4/1982 | Arcan et al. |
| 4,348,178 | A | 9/1982 | Kurz |
| 4,419,992 | A * | 12/1983 | Chorbajian .......... A63B 71/085 |
| | | | 128/862 |
| 4,478,580 | A | 10/1984 | Barrut et al. |
| 4,500,294 | A | 2/1985 | Lewis et al. |
| 4,504,225 | A | 3/1985 | Yoshii |
| 4,505,673 | A | 3/1985 | Yoshii et al. |
| 4,509,918 | A | 4/1985 | Clark |
| 4,526,540 | A | 7/1985 | Dellinger et al. |
| 4,557,692 | A | 12/1985 | Chorbajian |
| 4,575,330 | A | 3/1986 | Hull et al. |
| 4,575,805 | A | 3/1986 | Moermann et al. |
| 4,591,341 | A | 5/1986 | Andrews et al. |
| 4,609,349 | A | 9/1986 | Cain et al. |
| 4,611,288 | A | 9/1986 | Duret et al. |
| 4,656,860 | A | 4/1987 | Orthuber et al. |
| 4,663,720 | A | 5/1987 | Duret et al. |
| 4,664,626 | A | 5/1987 | Kesling et al. |
| 4,676,747 | A | 6/1987 | Kesling et al. |
| 4,742,464 | A | 5/1988 | Duret et al. |
| 4,755,139 | A | 7/1988 | Abbatte et al. |
| 4,763,791 | A | 8/1988 | Halverson et al. |
| 4,773,853 | A | 9/1988 | Kussick |
| 4,793,803 | A | 12/1988 | Martz et al. |
| 4,798,534 | A | 1/1989 | Breads et al. |
| 4,836,778 | A | 6/1989 | Baumrind et al. |
| 4,837,732 | A | 6/1989 | Brandestini et al. |
| 4,850,864 | A | 7/1989 | Diamond et al. |
| 4,850,865 | A | 7/1989 | Napolitano et al. |
| 4,856,991 | A | 8/1989 | Breads et al. |
| 4,877,398 | A | 10/1989 | Kesling et al. |
| 4,880,380 | A | 11/1989 | Martz et al. |
| 4,889,238 | A | 12/1989 | Batchelor et al. |
| 4,890,608 | A | 1/1990 | Steer et al. |
| 4,915,630 | A | 4/1990 | Honig |
| 4,935,635 | A | 6/1990 | O'Harra et al. |
| 4,936,862 | A | 6/1990 | Walker et al. |
| 4,937,928 | A | 7/1990 | Van et al. |
| 4,941,826 | A | 7/1990 | Loran et al. |
| 4,964,770 | A | 10/1990 | Steinbichler et al. |
| 4,975,052 | A | 12/1990 | Spencer et al. |
| 4,983,334 | A | 1/1991 | Adell et al. |
| 5,011,405 | A | 4/1991 | Lemchen |
| 5,017,133 | A | 5/1991 | Miura et al. |
| 5,027,281 | A | 6/1991 | Rekow et al. |
| 5,035,613 | A | 7/1991 | Breads et al. |
| 5,055,039 | A | 10/1991 | Abbatte et al. |
| 5,059,118 | A | 10/1991 | Breads et al. |
| 5,100,316 | A | 3/1992 | Wildman et al. |
| 5,121,333 | A | 6/1992 | Riley et al. |
| 5,125,832 | A | 6/1992 | Kesling |
| 5,128,870 | A | 7/1992 | Erdman et al. |
| 5,130,064 | A | 7/1992 | Smalley et al. |
| 5,131,843 | A | 7/1992 | Hilgers et al. |
| 5,131,844 | A | 7/1992 | Marinaccio et al. |
| 5,139,419 | A | 8/1992 | Andreiko et al. |
| 5,145,364 | A | 9/1992 | Martz et al. |
| 5,176,517 | A | 1/1993 | Truax et al. |
| 5,184,306 | A | 2/1993 | Erdman et al. |
| 5,186,623 | A | 2/1993 | Breads et al. |
| 5,257,203 | A | 10/1993 | Riley et al. |
| 5,273,429 | A | 12/1993 | Rekow et al. |
| 5,278,756 | A | 1/1994 | Lemchen et al. |
| 5,328,362 | A | 7/1994 | Watson et al. |
| 5,338,198 | A | 8/1994 | Wu et al. |
| 5,340,309 | A | 8/1994 | Robertson et al. |
| 5,342,202 | A | 8/1994 | Deshayes et al. |
| 5,368,478 | A | 11/1994 | Andreiko et al. |
| 5,382,164 | A | 1/1995 | Stern et al. |
| 5,395,238 | A | 3/1995 | Andreiko et al. |
| 5,431,562 | A | 7/1995 | Andreiko et al. |
| 5,440,326 | A | 8/1995 | Quinn et al. |
| 5,440,496 | A | 8/1995 | Andersson et al. |
| 5,447,432 | A | 9/1995 | Andreiko et al. |
| 5,452,219 | A | 9/1995 | Dehoff et al. |
| 5,454,717 | A | 10/1995 | Andreiko et al. |
| 5,456,600 | A | 10/1995 | Andreiko et al. |
| 5,474,448 | A | 12/1995 | Andreiko et al. |
| RE35,169 | E | 3/1996 | Lemchen et al. |
| 5,518,397 | A | 5/1996 | Andreiko et al. |
| 5,528,735 | A | 6/1996 | Strasnick et al. |
| 5,533,895 | A | 7/1996 | Andreiko et al. |
| 5,542,842 | A | 8/1996 | Andreiko et al. |
| 5,549,476 | A | 8/1996 | Stern et al. |
| 5,562,448 | A | 10/1996 | Mushabac |
| 5,566,683 | A * | 10/1996 | Thornton ................ A61F 5/566 |
| | | | 128/848 |
| 5,587,912 | A | 12/1996 | Andersson et al. |
| 5,605,459 | A | 2/1997 | Kuroda et al. |
| 5,607,305 | A | 3/1997 | Andersson et al. |
| 5,614,075 | A | 3/1997 | Andre, Sr. et al. |
| 5,621,648 | A | 4/1997 | Crump et al. |
| 5,645,420 | A | 7/1997 | Bergersen et al. |
| 5,645,421 | A | 7/1997 | Slootsky et al. |
| 5,655,653 | A | 8/1997 | Chester et al. |
| 5,683,243 | A | 11/1997 | Andreiko et al. |
| 5,683,244 | A | 11/1997 | Truax et al. |
| 5,692,894 | A | 12/1997 | Schwartz et al. |
| 5,725,376 | A | 3/1998 | Poirier et al. |
| 5,725,378 | A | 3/1998 | Wang et al. |
| 5,733,126 | A | 3/1998 | Andersson et al. |
| 5,740,267 | A | 4/1998 | Echerer et al. |
| 5,742,700 | A | 4/1998 | Yoon et al. |
| 5,795,150 | A * | 8/1998 | Boyd ........................ A61F 5/566 |
| | | | 128/861 |
| 5,799,100 | A | 8/1998 | Clarke et al. |
| 5,800,174 | A | 9/1998 | Andersson et al. |
| 5,823,778 | A | 10/1998 | Schmitt et al. |
| 5,848,115 | A | 12/1998 | Little et al. |
| 5,857,853 | A | 1/1999 | Van et al. |
| 5,866,058 | A | 2/1999 | Batchelder et al. |
| 5,879,158 | A | 3/1999 | Doyle et al. |
| 5,880,961 | A | 3/1999 | Crump et al. |
| 5,880,962 | A | 3/1999 | Andersson et al. |
| 5,885,073 | A * | 3/1999 | Kussick .................... A61C 7/08 |
| | | | 433/6 |
| 5,934,288 | A | 8/1999 | Avila et al. |
| 5,957,686 | A | 9/1999 | Anthony et al. |
| 5,964,587 | A | 10/1999 | Sato et al. |
| 5,971,754 | A | 10/1999 | Sondhi et al. |
| 5,975,893 | A | 11/1999 | Chishti et al. |
| 6,015,289 | A | 1/2000 | Andreiko et al. |
| 6,044,309 | A | 3/2000 | Honda et al. |
| 6,049,743 | A | 4/2000 | Baba et al. |

**US 10,980,616 B2**

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,062,861 | A | 5/2000 | Andersson |
| 6,068,482 | A | 5/2000 | Snow et al. |
| 6,099,314 | A | 8/2000 | Kopelman et al. |
| 6,123,544 | A | 9/2000 | Cleary |
| 6,152,731 | A | 11/2000 | Jordan et al. |
| 6,155,262 | A | 12/2000 | Thornton |
| 6,183,248 | B1 | 2/2001 | Chishti et al. |
| 6,190,165 | B1 | 2/2001 | Andreiko et al. |
| 6,217,325 | B1 | 4/2001 | Chishti et al. |
| 6,217,334 | B1 | 4/2001 | Hultgren et al. |
| 6,244,861 | B1 | 6/2001 | Andreiko et al. |
| 6,309,215 | B1 | 10/2001 | Phan et al. |
| 6,315,553 | B1 | 11/2001 | Sachdeva et al. |
| 6,322,359 | B1 | 11/2001 | Jordan et al. |
| 6,350,120 | B1 | 2/2002 | Sachdeva et al. |
| 6,364,659 | B1 | 4/2002 | Lotte |
| 6,382,975 | B1 | 5/2002 | Poirier et al. |
| 6,398,548 | B1 | 6/2002 | Muhammad et al. |
| 6,402,707 | B1 | 6/2002 | Ernst et al. |
| 6,464,495 | B1 | 10/2002 | Voudouris |
| 6,482,298 | B1 | 11/2002 | Bhatnagar et al. |
| 6,524,101 | B1 | 2/2003 | Phan et al. |
| 6,554,611 | B2 | 4/2003 | Shishti et al. |
| 6,572,372 | B1* | 6/2003 | Phan ...................... A61C 7/00 |
| | | | 433/18 |
| 6,604,527 | B1 | 8/2003 | Palmisano |
| 6,629,840 | B2 | 10/2003 | Chishti et al. |
| 6,666,212 | B2* | 12/2003 | Boyd, Sr. ................ A61C 7/36 |
| | | | 128/859 |
| 6,705,863 | B2 | 3/2004 | Phan et al. |
| 6,722,880 | B2 | 4/2004 | Chishti et al. |
| 7,226,287 | B2* | 6/2007 | Abels ...................... A61C 7/00 |
| | | | 433/18 |
| 7,234,467 | B2* | 6/2007 | Ball ......................... A61F 5/566 |
| | | | 128/848 |
| 7,293,987 | B2 | 11/2007 | Abels et al. |
| 7,354,270 | B2 | 4/2008 | Abolfathi |
| 7,730,891 | B2* | 6/2010 | Lamberg ................ A61F 5/566 |
| | | | 128/848 |
| 8,061,358 | B2 | 11/2011 | Smernoff |
| 8,297,286 | B2 | 10/2012 | Smernoff et al. |
| 8,573,224 | B2* | 11/2013 | Thornton ................ A61F 5/566 |
| | | | 128/848 |
| 9,844,424 | B2 | 12/2017 | Wu |
| 10,299,894 | B2* | 5/2019 | Tanugula ................ A61C 7/002 |
| 2002/0006597 | A1 | 1/2002 | Andreiko et al. |
| 2002/0192617 | A1 | 12/2002 | Phan |
| 2003/0009252 | A1 | 1/2003 | Pavlovskaia et al. |
| 2003/0116164 | A1* | 6/2003 | Boyd, Sr. ................ A61F 5/566 |
| | | | 128/859 |
| 2003/0139834 | A1 | 7/2003 | Nikolskiy et al. |
| 2003/0207224 | A1* | 11/2003 | Lotte ...................... A61C 7/08 |
| | | | 433/6 |
| 2003/0224311 | A1 | 12/2003 | Cronauer et al. |
| 2003/0224314 | A1 | 12/2003 | Bergersen |
| 2004/0058295 | A1 | 3/2004 | Bergersen et al. |
| 2004/0128010 | A1 | 7/2004 | Pavlovskaia et al. |
| 2004/0170943 | A1 | 9/2004 | Chishti |
| 2004/0224277 | A1* | 11/2004 | Kussick ................ H05K 7/1429 |
| | | | 433/6 |
| 2005/0055118 | A1 | 3/2005 | Nikolskiy et al. |
| 2005/0136371 | A1 | 6/2005 | Abolfathi |
| 2005/0244781 | A1 | 11/2005 | Abels et al. |
| 2005/0244782 | A1 | 11/2005 | Chishti |
| 2005/0288624 | A1* | 12/2005 | Boyd ...................... A61F 5/566 |
| | | | 604/77 |
| 2006/0014117 | A1* | 1/2006 | Abels ...................... A61C 7/00 |
| | | | 433/18 |
| 2006/0078840 | A1 | 4/2006 | Robson |
| 2006/0099546 | A1 | 5/2006 | Bergersen et al. |
| 2007/0231765 | A1* | 10/2007 | Phan ...................... A61C 7/00 |
| | | | 433/6 |
| 2008/0102414 | A1 | 5/2008 | Abels et al. |
| 2008/0294405 | A1 | 11/2008 | Kitching et al. |

| | | | |
|---|---|---|---|
| 2010/0129763 | A1 | 5/2010 | Kuo |
| 2010/0138025 | A1 | 6/2010 | Morton |
| 2011/0005527 | A1 | 1/2011 | Andrew et al. |
| 2013/0098375 | A1* | 4/2013 | Urbanek ............... A61C 19/06 |
| | | | 128/861 |
| 2015/0079531 | A1* | 3/2015 | Heine ...................... A61C 7/36 |
| | | | 433/19 |
| 2016/0199216 | A1 | 7/2016 | Cam |
| 2020/0237479 | A1* | 7/2020 | Zhou ....................... A61C 7/08 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| AU | 5598894 | A | 6/1994 |
| CA | 1121955 | A | 4/1982 |
| CN | 102159153 | A | 8/2011 |
| CN | 103340690 | A | 10/2013 |
| DE | 2749802 | A1 | 5/1978 |
| DE | 69327661 | T2 | 7/2000 |
| EP | 0091876 | A1 | 10/1983 |
| EP | 0299490 | A2 | 1/1989 |
| EP | 0376873 | A2 | 7/1990 |
| EP | 0490848 | A2 | 6/1992 |
| EP | 0541500 | A1 | 5/1993 |
| EP | 0667753 | B1 | 1/2000 |
| EP | 0774933 | B1 | 12/2000 |
| EP | 0731673 | B1 | 5/2001 |
| ES | 463897 | A1 | 1/1980 |
| FR | 2369828 | A1 | 6/1978 |
| FR | 2652256 | A1 | 3/1991 |
| GB | 1550777 | A | 8/1979 |
| JP | S5358191 | A | 5/1978 |
| JP | H0428359 | A | 1/1992 |
| JP | H08508174 | A | 9/1996 |
| JP | 2007503874 | A | 3/2007 |
| JP | 2008178727 | A | 8/2008 |
| JP | 2013255852 | A | 12/2013 |
| WO | WO-9008512 | A1 | 8/1990 |
| WO | WO-9104713 | A1 | 4/1991 |
| WO | WO-9410935 | A1 | 5/1994 |
| WO | WO-9832394 | A1 | 7/1998 |
| WO | WO-9844865 | A1 | 10/1998 |
| WO | WO-9858596 | A1 | 12/1998 |
| WO | WO-0001317 | A1 | 1/2000 |
| WO | WO-0170126 | A2 | 9/2001 |
| WO | WO-2006052414 | A2 | 5/2006 |
| WO | WO-2008102132 | A1 | 8/2008 |
| WO | WO-2012140021 | A2 | 10/2012 |
| WO | WO-2013139467 | A1 | 9/2013 |
| WO | WO-2015020293 | A1 | 2/2015 |

OTHER PUBLICATIONS

Co-pending U.S. Appl. No. 16/425,829, filed May 29, 2019.
AADR. American Association for Dental Research, Summary of Activities, Mar. 20-23,1980, Los Angeles, CA, p. 195.
Alcaniz, et al., "An Advanced System for the Simulation and Planning of Orthodontic Treatments," Karl Heinz Hohne and Ron Kikinis (eds.), Visualization in Biomedical Computing, 4th Intl. Conf., VBC '96, Hamburg, Germany, Sep. 22-25, 1996, Springer-Verlag, pp. 511-520.
Alexander et al., "The DigiGraph Work Station Part 2 Clinical Management," JCO, pp. 402-407 (Jul. 1990).
Altschuler, "3D Mapping of Maxillo-Facial Prosthesis," AADR Abstract #607, 2 pages total, (1980).
Altschuler et al., "Analysis of 3-D Data for Comparative 3-D Serial Growth Pattern Studies of Oral-Facial Structures," IADR Abstracts, Program and Abstracts of Papers, 57th General Session, IADR Annual Session, Mar. 29, 1979-Apr. 1, 1979, New Orleans Marriot, Journal of Dental Research, vol. 58, Jan. 1979, Special Issue A, p. 221.
Altschuler et al., "Laser Electro-Optic System for Rapid Three-Dimensional (3D) Topographic Mapping of Surfaces," Optical Engineering, 20(6):953-961 (1981).
Altschuler et al., "Measuring Surfaces Space-Coded by a Laser-Projected Dot Matrix," SPIE Imaging Applications for Automated Industrial Inspection and Assembly, vol. 182, p. 187-191 (1979).

**US 10,980,616 B2**

Page 4

(56)          **References Cited**

OTHER PUBLICATIONS

Andersson et al., "Clinical Results with Titanium Crowns Fabricated with Machine Duplication and Spark Erosion," Acta. Odontol. Scand., 47:279-286 (1989).

Andrews, The Six Keys to Optimal Occlusion Straight Wire, Chapter 3, pp. 13-24 (1989).

Anotherinvisalignblog. Invisalign Virtual Bite Ramps. Posted Jun. 17, 2012. 5 pages. Retrieved on Aug. 14, 2013 from http://anotherinvisalignblow.wordpress.com/2012/06/17/invisalign-lingual-power-ridges-photos/.

Bartels et al., An Introduction to Splines for Use in Computer Graphics and Geometric Modeling, Morgan Kaufmann Publishers, pp. 422-425 (1987).

Baumrind, "A System for Craniofacial Mapping Through the Integration of Data from Stereo X-Ray Films and Stereo Photographs," an invited paper submitted to the 1975 American Society of Photogram Symposium on Close-Range Photogram Systems, University of Ill., Aug. 26-30, 1975, pp. 142-166.

Baumrind et al., "A Stereophotogrammetric System for the Detection of Prosthesis Loosening in Total Hip Arthroplasty," NATO Symposium on Applications of Human Biostereometrics, Jul. 9-13, 1978, SPIE, vol. 166, pp. 112-123.

Baumrind et al., "Mapping the Skull in 3-D," reprinted from J. Calif. Dent. Assoc., 48(2), 11 pages total, (1972 Fall Issue).

Baumrind, "Integrated Three-Dimensional Craniofacial Mapping: Background, Principles, and Perspectives," Semin. in Orthod., 7(4):223-232 (Dec. 2001).

Begole et al., "A Computer System for the Analysis of Dental Casts," The Angle Orthod., 51(3):253-259 (Jul. 1981).

Bernard et al.,"Computerized Diagnosis in Orthodontics for Epidemiological Studies: A Progress Report," Abstract, J. Dental Res. Special Issue, vol. 67, p. 169, paper presented at International Association for Dental Research 66th General Session, Mar. 9-13, 1988, Montreal, Canada.

Bhatia et al., "A Computer-Aided Design for Orthognathic Surgery," Br. J. Oral Maxillofac. Surg., 22:237-253 (1984).

Biggerstaff, "Computerized Diagnostic Setups and Simulations," Angle Orthod., 40(1):28-36 (Jan. 1970).

Biggerstaff et al., "Computerized Analysis of Occlusion in the Postcanine Dentition," Am. J. Orthod., 61(3):245-254 (Mar. 1972).

Biostar Opeation & Training Manual. Great Lakes Orthodontics, Ltd. 199 Fire Tower Drive, Tonawanda, New York. 14150-5890, 20 pages total (1990).

Bite Ramps, Align Orthodontics, http://www.alignortho.com/Portals/0/pdf/BITE%2ORAMPS.pdf, May 3, 2012, 1 page.

Blu, et al., "Linear interpolation revitalized", IEEE Trans. Image Proc., 13(5):710-719 (May 2004.

Bourke, "Coordinate System Transformation," (Jun. 1996), p. 1, retrieved from the Internet Nov. 5, 2004, URL < http://astronomy.swin.edu.au/—pbourke/projection/coords >.

Boyd et al., "Three Dimensional Diagnosis and Orthodontic Treatment of Complex Malocclusions With the Invisalipn Appliance," Semin. Orthod., 7(4):274-293 (Dec. 2001).

Brandestini et al., "Computer Machined Ceramic Inlays: In Vitro Marginal Adaptation," J. Dent. Res. Special Issue, Abstract 305, vol. 64, p. 208 (1985).

Brook et al., "An Image Analysis System for the Determination of Tooth Dimensions from Study Casts: Comparison with Manual Measurements of Mesio-distal Diameter," J. Dent. Res., 65(3):428-431 (Mar. 1986).

Burstone et al., Precision Adjustment of the Transpalatal Lingual Arch: Computer Arch Form IN Predetermination, Am, Journal of Orthodontics, vol. 79, No. 2 (Feb. 1981), pp. 115-133.

Burstone (interview), "Dr. Charles J. Burstone on the Uses of the Computer in Orthodontic Practice (Part 1)," J. Clin. Orthod., 13(7):442-453 (Jul. 1979).

Burstone (interview), "Dr. Charles J. Burstone on the Uses of the Computer in Orthodontic Practice (Part 2)," J. Clin. Orthod., 13(8):539-551 (Aug. 1979).

Cardinal Industrial Finishes, Powder Coatings information posted at < http://www.cardinalpaint.com > on Aug. 25, 2000, 2 pages.

Carnaghan, "An Alternative to Holograms for the Portrayal of Human Teeth," 4th Int'l. Conf. on Holographic Systems, Components and Applications, Sep. 15, 1993, pp. 228-231.

Chaconas et al., "The DigiGraph Work Station, Part 1, Basic Concepts," JCO, pp. 360-367 (Jun. 1990).

Chafetz et al., "Subsidence of the Femoral Prosthesis, A Stereophotogrammetric Evaluation," Clin. Orthop. Relat. Res., No. 201, pp. 60-67 (Dec. 1985).

Chiappone, (1980). Constructing the Gnathologic Setup and Positioner, J. Clin. Orthod, vol. 14, pp. 121-133.

Cottingham, (1969). Gnathologic Clear Plastic Positioner, Am. J. Orthod, vol. 55, pp. 23-31.

Crawford, "CAD/CAM in the Dental Office: Does It Work?", Canadian Dental Journal, vol. 57, No. 2, pp. 121-123 (Feb. 1991).

Crawford, "Computers in Dentistry: Part 1 CAD/CAM: The Computer Moves Chairside," Part 2 F. Duret—A Man with a Vision, "Part 3 The Computer Gives New Vision—Literally," Part 4 Bytes 'N Bites—The Computer Moves from the Front Desk to the Operatory, Canadian Dental Journal, vol. 54 (9), pp. 661-666 (1988).

Crooks, "CAD/CAM Comes to USC," USC Dentistry, pp. 14-17 (Spring 1990).

Cureton, Correcting Malaligned Mandibular Incisors with Removable Retainers, J. Clin. Orthod, vol. 30, No. 7 (1996) pp. 390-395.

Curry et al., "Integrated Three-Dimensional Craniofacial Mapping at the Craniofacial Research Instrumentation Laboratory/University of the Pacific," Semin. Orthod., 7(4):258-265 (Dec. 2001).

Cutting et a/., "Three-Dimensional Computer-Assisted Design of Craniofacial Surgical Procedures: Optimization and Interaction with Cephalometric and CT-Based Models," Plast. 77(6):877-885 (Jun. 1986).

DCS Dental AG, "The CAD/CAM 'DCS Titan System' for Production of Crowns/Bridges," DSC Production AG, pp. 1-7 (Jan. 1992.

Definition for gingiva. Dictionary.com p. 1-3. Retrieved from the internet Nov. 5, 2004 < http://reference.com/search/search?q= gingiva >.

Defranco et al., "Three-Dimensional Large Displacement Analysis of Orthodontic Appliances," J. Biomechanics, 9:793-801 (1976).

Dental Institute University of Zurich Switzerland, Program for International Symposium JD on Computer Restorations: State of the Art of the CEREC-Method, May 1991, 2 pages total.

Dentrac Corporation, Dentrac document, pp. 4-13 (1992).

Dent-X posted on Sep. 24, 1998 at < http://www.dent-x.com/DentSim.htm > , 6 pages.

Doyle, "Digital Dentistry," Computer Graphics World, pp. 50-52, 54 (Oct. 2000).

Dr. Jonathan Nicozisis, Techniques for Deep Bite Correction with Invisalign, Clinical Tips & Techniques, http:// http://www.princetonorthodontics.net/Portals/O/Nicozisis_DeepBiteCorrection_Invisalign_new0628.pdf, Jun. 2012, 4 pages.

Dr. William V. Gierie, Techniques for Deep Bite Correction with Invisalign Virtual Bite Ramps, Clinical Tips & Techniques, Jun. 2012, 2 pages.

DuraClearTM product information, Allesee Orthodontic Appliances—Pro Lab, 1 page (1997).

Duret et al., "CAD/CAM Imaging in Dentistry," Curr. Opin. Dent., 1:150-154 (1991).

Duret et al, "CAD-CAM in Dentistry," J. Am. Dent. Assoc. 117:715-720 (Nov. 1988).

Duret, "The Dental CAD/CAM, General Description of the Project," Hennson International Product Brochure, 18 pages total, Jan. 1986.

Duret,"Vers Une Prosthese Informatisee," (English translation attached), Tonus, vol. 75, pp. 55-57 (Nov. 15, 1985).

Economides, "The Microcomputer in the Orthodontic Office," JCO, pp. 767-772 (Nov. 1979).

Elsasser, Some Observations on the History and Uses of the Kesling Positioner, Am. J. Orthod. (1950) 36:368-374.

English translation of Japanese Laid-Open Publication No. 63-11148 to inventor T. Ozukuri (Laid-Open on Jan. 18, 1998) pp. 1-7.

**US 10,980,616 B2**

Page 5

(56)    **References Cited**

OTHER PUBLICATIONS

Felton et al., "A Computerized Analysis of the Shape and Stability of Mandibular Arch Form," Am. J. Orthod. Dentofacial Orthop., 92(6):478-483 (Dec. 1987).

Friede et al., "Accuracy of Cephalometric Prediction in Orthognathic Surgery," Abstract of Papers, J. Dent. Res., 70:754-760 (1987).

Futterling et a/., "Automated Finite Element Modeling of a Human Mandible with Dental Implants," JS WSCG '98—Conference Program, retrieved from the Internet: < http://wscg.zcu.cz/wscg98/papers98/Strasser 98.pdf > , 8 pages.

Gao et al., "3-D element Generation for Multi-Connected Complex Dental and Mandibular Structure," Proc. Intl Workshop on Medical Imaging and Augmented Reality, pp. 267-271 (Jun. 12, 2001).

Gim-Alldent Deutschland, "Das DUX System: Die Technik," 2 pages total (2002).

Gottlieb et al., "JCO Interviews Dr. James A. McNamura, Jr., on the Frankel Appliance: Part 2: Clinical 1-1 Management," J. Clin. Orthod., 16(6):390-407 (Jun. 1982).

Grayson, "New Methods for Three Dimensional Analysis of Craniofacial Deformity, Symposium: JW Computerized Facial Imaging in Oral and Maxiiofacial Surgery," AAOMS, 3 pages total, (Sep. 13, 1990).

Guess et al., "Computer Treatment Estimates in Orthodontics and Orthognathic Surgery," JCO, pp. 262-228 (Apr. 1989).

Heaven et a/., "Computer-Based Image Analysis of Artificial Root Surface Caries," Abstracts of Papers, J. Dent. Res., 70:528 (Apr. 17-21, 1991).

Highbeam Research, "Simulating Stress Put on Jaw," Tooling & Production [online], Nov. 1996, n pp. 1-2, retrieved from the Internet on Nov. 5, 2004, URL http://static.highbeam.com/t/toolingampproduction/november011996/simulatingstress putonfa . . . >.

Hikage, "Integrated Orthodontic Management System for Virtual Three-Dimensional Computer Graphic Simulation and Optical Video Image Database for Diagnosis and Treatment Planning", Journal of Japan KA Orthodontic Society, Feb. 1987, English translation, pp. 1-38, Japanese version, 46(2), pp. 248-269 (60 pages total).

Hoffmann, et al., "Role of Cephalometry for Planning of Jaw Orthopedics and Jaw Surgery Procedures," (Article Summary in English, article in German), Informatbnen, pp. 375-396 (Mar. 1991).

Hojjatie et al., "Three-Dimensional Finite Element Analysis of Glass-Ceramic Dental Crowns," J. Biomech., 23(11):1157-1166 (1990).

Huckins, "CAD-CAM Generated Mandibular Model Prototype from MRI Data," AAOMS, p. 96 (1999).

Important Tip About Wearing the Red White & Blue Active Clear Retainer System, Allesee Orthodontic Appliances—Pro Lab, 1 page 1998).

International Search Report and Written Opinion from related PCT Application PCT/IB2015/000214 dated Sep. 1, 2015, 21 pp.

JCO Interviews, Craig Andreiko , DDS, MS on the Elan and Orthos Systems, JCO, pp. 459-468 (Aug. 1994).

JCO Interviews, Dr. Homer W. Phillips on Computers in Orthodontic Practice, Part 2, JCO. 1997; 1983:819-831.

Jerrold, "The Problem, Electronic Data Transmission and the Law," AJO-DO, pp. 478-479 (Apr. 1988).

Jones et al., "An Assessment of the Fit of a Parabolic Curve to Pre- and Post-Treatment Dental Arches," Br. J. Orthod., 16:85-93 (1989).

JP Faber et al., "Computerized Interactive Orthodontic Treatment Planning," Am. J. Orthod., 73(1):36-46 (Jan. 1978).

Kamada et al., Case Reports on Tooth Positioners Using LTV Vinyl Silicone Rubber, J. Nihon University School of Dentistry (1984) 26(1): 11-29.

Kamada et al., Construction of Tooth Positioners with LTV Vinyl Silicone Rubber and Some Case KJ Reports, J. Nihon University School of Dentistry (1982) 24(1):1-27.

Kanazawa et al., "Three-Dimensional Measurements of the Occlusal Surfaces of Upper Molars in a Dutch Population," J. Dent Res., 63(11):1298-1301 (Nov. 1984).

Kesling, Coordinating the Predetermined Pattern and Tooth Positioner with Conventional Treatment, KN Am. J. Orthod. Oral Surg. (1946) 32:285-293.

Kesling et al., The Philosophy of the Tooth Positioning Appliance, American Journal of Orthodontics and Oral surgery. 1945; 31:297-304.

Kleeman et al., The Speed Positioner, J. Clin. Orthod. (1996) 30:673-680.

Kochanek, "Interpolating Splines with Local Tension, Continuity and Bias Control," Computer Graphics, ri 18(3):33-41 (Jul. 1984).

KM Oral Surgery (1945) 31 :297-30.

Kunii et al., "Articulation Simulation for an Intelligent Dental Care System," Displays 15:181-188 (1994).

Kuroda et al., Three-Dimensional Dental Cast Analyzing System Using Laser Scanning, Am. J. Orthod. Dentofac. Orthop. (1996) 110:365-369.

Laurendeau, et al., "A Computer-Vision Technique for the Acquisition and Processing of 3-D Profiles of 7 KR Dental Imprints: An Application in Orthodontics," IEEE Transactions on Medical Imaging, 10(3):453-461 (Sep. 1991.

Leinfelder, et al., "A New Method for Generating Ceramic Restorations: a CAD-CAM System," J. Am. 1-1 Dent. Assoc., l18(6):703-707 (Jun. 1989).

Leonardo Tavares Camardella, et al. Use of a Bite Ramp in Orthodontic Treatment. Apresentado no A.A.O.—Scientific Posterboards Exhibit N° 41-7 de maio de 2006. http://www.cleber.com.br/leonardo/, 6 pages.

Manetti, et al., "Computer-Aided Cefalometry and New Mechanics in Orthodontics," (Article Summary in English, article in German), Fortschr Kieferorthop. 44, 370-376 (Nr. 5), 1983.

McCann, "Inside the ADA," J. Amer. Dent. Assoc., 118:286-294 (Mar. 1989).

McNamara et al., "Invisible Retainers," J. Cfin. Orthod., pp. 570-578 (Aug. 1985).

McNamara et al., Orthodontic and Orthopedic Treatment in the Mixed Dentition, Needham Press, pp. 347-353 (Jan. 1993).

Moermann et al., "Computer Machined Adhesive Porcelain Inlays: Margin Adaptation after Fatigue Stress," IADR Abstract 339, J. Dent. Res., 66(a):763 (1987).

Moles, "Correcting Mld Malalignments—As Easy As One, Two, Three," AOA/Pro Corner, vol. 11, No. 1, 2 pages. (2002).

Mormann et al., "Marginale Adaptation von adhasuven Porzellaninlays in vitro," Separatdruck aus: Schweiz. Mschr. Zahnmed. 95: 1118-1129, 1985.

Nahoum, "The Vacuum Formed Dental Contour Appliance," N. Y. State Dent. J., 30(9):385-390 (Nov. 1964).

Nash, "CEREC CAD/CAM Inlays: Aesthetics and Durability in a Single Appointment," Dent. Today, 9(8):20, 22-23 (Oct. 1990).

Nishiyama et al., "A New Construction of Tooth Repositioner by LTV Vinyl Silicone Rubber," J. Nihon Univ. Sch. Dent., 19(2):93-102 (1977).

Paul et al., "Digital Documentation of Individual Human Jaw and Tooth Forms for Applications in Orthodontics, Oral Surgery and Forensic Medicine" Proc. of the 24th Annual Conf. of the IEEE Industrial Electronics Society (IECON '98), Sep. 4, 1998, pp. 2415-2418.

Pinkham, "Foolish Concept Propels Technology," Dentist, 3 pages total, Jan./Feb. 1989.

Pinkham, "Inventors CAD/CAM May Transform Dentistry," Dentist, 3 pages total, Sep. 1990.

Ponitz, "Invisible Retainers," Am. J. Orthod., 59(3):266-272 (Mar. 1971).

Procera Research Projects, "PROCERA Research Projects 1993—Abstract Collection," pp. 3-7; 28 (1993).

Proffit et al., Contemporary Orthodontics, (Second Ed.), Chapter 15, Mosby Inc., pp. 470-533 (Oct. 1993.

Raintree Essix & ARS Materials, Inc., Raintree Essix, Technical Magazine Table of contents and Essix Appliances, < http:// www. essix.com/magazine/defaulthtml > Aug. 13, 1997.

Redmond et al., "Clinical Implications of Digital Orthodontics," Am. J. Orthod. Dentofacial Orthop., 117(2):240-242 (2000).

Rekow, "A Review of the Developments in Dental CAD/CAM Systems," (contains references to Japanese efforts and content of the

**US 10,980,616 B2**

Page 6

(56)        **References Cited**

OTHER PUBLICATIONS

papers of particular interest to the clinician are indicated with a one line summary of their content in the bibliography), Curr. Opin. Dent., 2:25-33 (Jun. 1992).

Rekow, "CAD/CAM in Dentistry: A Historical Perspective and View of the Future," J. Can. Dent. Assoc., 58(4):283, 287-288 (Apr. 1992).

Rekow, "Computer-Aided Design and Manufacturing in Dentistry: A Review of the State of the Art," J. Prosthet. Dent., 58(4):512-516 (Oct. 1987).

Rekow, "Dental CAD-CAM Systems: What is the State of the Art?", J. Amer. Dent. Assoc., 122:43-48 1991.

Rekow et al., "CAD/CAM for Dental Restorations—Some of the Curious Challenges," IEEE Trans. Biomed. Eng., 38(4):314-318 (Apr. 1991).

Rekow et al., "Comparison of Three Data Acquisition Techniques for 3-D Tooth Surface Mapping," Annual International Conference of the IEEE Engineering in Medicine and Biology Society, 13(1):344-345 1991.

Rekow, "Feasibility of an Automated System for Production of Dental Restorations, Ph.D. Thesis," Univ. of Minnesota, 244 pages total, Nov. 1988.

Richmond et al., "The Development of a 3D Cast Analysis System," Br. J. Orthod., 13(1):53-54 (Jan. 1986).

Richmond et al., "The Development of the PAR Index (Peer Assessment Rating): Reliability and Validity," Eur. J. Orthod., 14:125-139 (1992).

Richmond, "Recording the Dental Cast in Three Dimensions," Am. J. Orthod. Dentofacial Orthop., 92(3):199-206 (Sep. 1987).

Rudge, "Dental Arch Analysis: Arch Form, A Review of the Literature," Eur. J. Orthod., 3(4):279-284 1981.

Sakuda et al., "Integrated Information—Processing System in Clinical Orthodontics: An Approach with Use of a Computer Network System," Am. J. Orthod. Dentofacial Orthop., 101(3): 210-220 (Mar. 1992).

Schellhas et al., "Three-Dimensional Computed Tomography in Maxillofacial Surgical Planning," Arch. Otolamp!. Head Neck Sur9., 114:438-442 (Apr. 1988).

Schroeder et al., Eds. The Visual Toolkit, Prentice Hall PTR, New Jersey (1998) Chapters 6, 8 & 9, (pp. 153-210,309-354, and 355-428, respectively.

Shilliday, (1971). Minimizing finishing problems with the minipositioner, Am. J. Orthod. 59:596-599.

Siemens, "CEREC—Computer-Reconstruction," High Tech in der Zahnmedizin, 14 pages total (2004).

Sinclair, "The Readers' Corner," J. Clin. Orthod., 26(6):369-372 (Jun. 1992).

Sirona Dental Systems GmbH, CEREC 3D, Manuel utiiisateur, Version 2.0X (in French), 2003,114 pages total.

International Search Report and Written Opinion from related PCT Application No. PCT/IB2015/002134, completed date Nov. 14, 2016, 20 pps.

Stoll et al., "Computer-aided Technologies in Dentistry," (article summary in English, article in German), Dtsch Zahna'rztl Z 45, pp. 314-322 (1990).

Sturman, "Interactive Keyframe Animation of 3-D Articulated Models," Proceedings Graphics Interface '84, May-Jun. 1984, pp. 35-40.

The Choice Is Clear: Red, White & Blue . . . The Simple, Affordable, No-Braces Treatment, Allesee HI Orthodontic Appliances—Pro Lab product information for doctors. http://ormco.com/aoa/ appliancesservices/RWB/doctorhtml >, 5 pages (May 19, 2003).

The Choice Is Clear: Red, White & Blue . . . The Simple, Affordable, No-Braces Treatment, Allesee HJ Orthodontic Appliances—Pro Lab product information for patients, < http://ormco.com/aoa/ appliancesservices/RWB/patients.html > , 2 pages (May 19, 2003).

The Choice Is Clear: Red, White & Blue . . . The Simple, Affordable, No-Braces Treatment, Allesee Orthodontic Appliances-Pro Lab product information, 6 pages (2003).

The Red, White & Blue Way to Improve Your Smile! Allesee Orthodontic Appliances-Pro Lab product information for patients, 2 pages 1992.

Truax L., "Truax Clasp-Less(TM) Appliance System," Funct. Orthod., 9(5):22-4, 26-8 (Sep.-Oct. 1992).

Tru-Tain Orthodontic & Dental Supplies, Product Brochure, Rochester, Minnesota 55902, 16 pages total (1996).

U.S. Department of Commerce, National Technical Information Service, "Automated Crown Replication Using Solid Photography SM," Solid Photography Inc., Melville NY, Oct. 1977, 20 pages total.

U.S. Department of Commerce, National Technical Information Service, "Holodontography: An Introduction to Dental Laser Holography," School of Aerospace Medicine Brooks AFB Tex, Mar. 1973, 37 pages total.

U.S. Appl. No. 60/050342, filed Jun. 20,1997, 41 pages total.

Van Der Linden, "A New Method to Determine Tooth Positions and Dental Arch Dimensions," J. Dent. Res., 51(4):1104 (Jul.-Aug. 1972).

Van Der Linden et al., "Three-Dimensional Analysis of Dental Casts by Means of the Optocom," J. Dent. Res., p. 1100 (Jul.-Aug. 1972).

Van Der Zel, "Ceramic-Fused-to-Metal Restorations with a New CAD/CAM System," Quintessence Int., 24(11):769-778 (1993.

Varady et al., "Reverse Engineering of Geometric Models—An Introduction," Computer-Aided Design, 29(4):255-268,1997.

Verstreken et al., "An Image-Guided Planning System for Endosseous Oral Implants," IEEE Trans. Med. Imaging, 17(5):842-852 (Oct. 1998).

Warunek et al., Physical and Mechanical Properties of Elastomers in Orthodonic Positioners, Am J. Orthod. Dentofac. Orthop, vol. 95, No. 5, (May 1989) pp. 388-400.

Warunek et al., Clinical Use of Silicone Elastomer Appliances, JCO (1989) XXIII(10):694-700.

Wells, Application of the Positioner Appliance in Orthodontic Treatment, Am. J. Orthodont. (1970) 58:351-366.

Williams, "Dentistry and CAD/CAM: Another French Revolution," J. Dent. Practice Admin., pp. 2-5 (Jan./Mar. 1987).

Williams, "The Switzerland and Minnesota Developments in CAD/ CAM," J. Dent. Practice Admin., pp. 50-55 (Apr./Jun. 1987).

Wishan, "New Advances in Personal Computer Applications for Cephalometric Analysis, Growth Prediction, Surgical Treatment Planning and Imaging Processing," Symposium: Computerized Facial Imaging in Oral and Maxilofacial Surgery Presented on Sep. 13,1990.

WSCG'98—Conference Program, "The Sixth International Conference in Central Europe on Computer Graphics and Visualization '98," Feb. 9-13, 1998, pp. 1-7, retrieved from the Internet on Nov. 5, 2004, URL < http://wscg.zcu.cz/wscg98/wscg98.h >.

Xia et al., "Three-Dimensional Virtual-Reality Surgical Planning and Soft-Tissue Prediction for Orthognathic Surgery," IEEE Trans. Inf. Technol. Biomed., 5(2):97-107 (Jun. 2001).

Yamamoto et al., "Optical Measurement of Dental Cast Profile and Application to Analysis of Three-Dimensional Tooth Movement in Orthodontics," Front. Med. Biol. Eng., 1(2):119-130 (1988).

Yamamoto et al., "Three-Dimensional Measurement of Dental Cast Profiles and Its Applications to Orthodontics," Conf. Proc. IEEE Eng. Med. Biol. Soc., 12(5):2051-2053 (1990).

Yamany et al., "A System for Human Jaw Modeling Using Intra-Oral Images," Proc. of the 20th Annual Conf. of the IEEE Engineering in Medicine and Biology Society, Nov. 1, 1998, vol. 2, pp. 563-566.

Yoshii, "Research on a New Orthodontic Appliance: The Dynamic Positioner (D.P.); I. The D.P. Concept and Implementation of Transparent Silicone Resin (Orthocon)," Nippon Dental Review, 452:61-74 (Jun. 1980).

Yoshii, "Research on a New Orthodontic Appliance: The Dynamic Positioner (D.P.); II. The D.P. Manufacturing Procedure and Clinical Applications," Nippon Dental Review, 454:107-130 (Aug. 1980).

Yoshii, "Research on a New Orthodontic Appliance: The Dynamic Positioner (D.P.); III. The General Concept of the D.P. Method and Its Therapeutic Effect, Part 1, Dental and Functional Reversed Occlusion Case Reports," Nippon Dental Review, 457:146-164 (Nov. 1980).

**US 10,980,616 B2**

Page 7

(56)          **References Cited**

OTHER PUBLICATIONS

Yoshii, "Research on a New Orthodontic Appliance: The Dynamic Positioner (D.P.); III.—The General Concept of the D.P. Method and Its Therapeutic Effect, Part 2. Skeletal Reversed Occlusion Case Reports," Nippon Dental Review, 458:112-129 (Dec. 1980).
You May Be a Candidate for This Invisible No-Braces Treatment, Allesee Orthodontic Appliances—Pro Lab product information for patients, 2 pages (2002).
Co-pending U.S. Appl. No. 16/703,613, filed Dec. 4, 2019.

* cited by examiner



Fig. 1



Fig. 2



Fig. 3A

Fig. 3B



Fig. 3C



Fig. 3D



Fig. 4



Fig. 5



Fig. 6



Fig. 7A



Fig. 7B



Fig. 7C



Fig. 7D



Fig. 8



Fig. 9A



Fig. 9B



Fig. 10



Fig. 11

US 10,980,616 B2

1

## TREATMENT PLAN SPECIFIC BITE ADJUSTMENT STRUCTURES

### CROSS-REFERENCE

This application is a continuation of U.S. application Ser. No. 16/299,011, filed Mar. 11, 2019, which is a divisional of U.S. application Ser. No. 14/186,799, filed Feb. 21, 2014, now U.S. Pat. No. 10,299,894, issued May 28, 2019, which are incorporated herein by reference in their entirety and to which applications we claim priority under 35 USC § 120.

### BACKGROUND

The present disclosure is related generally to the field of dental treatment. More particularly, the present disclosure is related to systems, methods, computing device readable media, and devices for treatment plan specific bite adjustment structures.

Dental treatments may involve, for instance, restorative and/or orthodontic procedures. Restorative procedures may be designed to implant a dental prosthesis (e.g., a crown, bridge inlay, onlay, veneer, etc.) intraorally in a patient. Orthodontic procedures may include repositioning misaligned teeth and changing bite configurations for improved cosmetic appearance and/or dental function. Orthodontic repositioning can be accomplished, for example, by applying controlled forces to one or more teeth over a period of time.

As an example, orthodontic repositioning may be provided through a dental process that uses positioning appliances for realigning teeth. Such appliances may utilize a thin shell of material having resilient properties, referred to as an "aligner," that generally conforms to a user's teeth but is slightly out of alignment with a current tooth configuration.

Placement of such an appliance over the teeth may provide controlled forces in specific locations to gradually move the teeth into a new configuration. Repetition of this process with successive appliances in progressive configurations can move the teeth through a series of intermediate arrangements to a final desired arrangement.

Such systems typically utilize materials that are light weight and/or transparent to provide as a set of appliances that can be used serially such that as the teeth move, a new appliance can be implemented to further move the teeth.

In various instances, a patient may have a malocclusion, where the patient's teeth do not line up properly. One example of a malocclusion is a deep bite, which is an acute case of an overbite where the patient's lower teeth are overlapped by the upper teeth and the lower incisors come into contact with the gingival tissue in the upper arch of the jaw. A deep bite can be an aesthetic problem and/or a problem with health consequences such as damage to the roots of the upper teeth, damage to the gingival tissue in the upper arch of the jaw, and/or wearing of the bottom teeth from frictional contact with the upper teeth, among others.

Some previous approaches to correcting a deep bite condition in a patient may include intrusion of the anterior (e.g., incisors and/or canines) teeth and/or extrusion of the posterior teeth (e.g., premolars and/or molars). Extrusion of the posterior teeth may be facilitated by the use of bite turbos (e.g., metal blocks adhered to a back (lingual) surface of the upper anterior teeth to reduce contact between posterior teeth in opposing jaws and allow for more eruption), anterior bite plates contacting the anterior dentition while allowing posterior eruption (e.g., in non-adult patients), twin blocks (e.g., blocks with an inclined occlusal plane are placed one

2

on an upper dentition and one on a lower dentition to reduce contact between posterior teeth), among others. However, extrusion of posterior teeth in adult patients may lead to unstable results. Intrusion of the anterior teeth may be facilitated by anchor bend (e.g., metal anchors on the molars that are used to apply an upward force to the incisors), J-hook headgear, expansion screws, bypass archwires that bypass premolars and/or canines to maintain reduced forces by lengthening the span between molars and incisors, among others. Another previous approach to correcting a deep bite condition in a patient may be orthognathic surgical correction.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a perspective view of a dental position adjustment appliance including a number of bite adjustment structures being applied to a set of teeth according to one or more embodiments of the present disclosure.

FIG. 2 illustrates a perspective view of a digital model of a jaw including a number of bite adjustment structures positioned on incisors according to a number of embodiments of the present disclosure.

FIG. 3A illustrates a perspective view of a portion of a digital model of a jaw corresponding to a first stage of treatment including a number of digital bite adjustment structures positioned thereon according to a number of embodiments of the present disclosure.

FIG. 3B illustrates a perspective view of a portion of a digital model of a jaw corresponding to a second stage of treatment including a number of digital bite adjustment structures positioned thereon according to a number of embodiments of the present disclosure.

FIG. 3C illustrates a perspective view of a portion of a digital model of a jaw corresponding to a third stage of treatment including a number of digital bite adjustment structures positioned thereon according to a number of embodiments of the present disclosure.

FIG. 3D illustrates a perspective view of a portion of a digital model of a jaw corresponding to a fourth stage of treatment including a number of digital bite adjustment structures positioned thereon according to a number of embodiments of the present disclosure.

FIG. 4 illustrates a perspective view of a digital model of a jaw including a number of digital bite adjustment structures positioned on digital canines according to a number of embodiments of the present disclosure.

FIG. 5 illustrates a perspective view of a digital model of a jaw including a number of digital bite adjustment structures positioned on digital posterior teeth according to a number of embodiments of the present disclosure.

FIG. 6 illustrates a perspective view of a portion of a dental position adjustment appliance including a number of bite adjustment structures positioned thereon according to a number of embodiments of the present disclosure.

FIG. 7A illustrates a cross-section taken along cut line 7A-7A of a portion of the appliance illustrated in FIG. 6 according to a number of embodiments of the present disclosure.

FIG. 7B illustrates a cross-section taken along cut line 7B-7B of a portion of the appliance illustrated in FIG. 6 according to a number of embodiments of the present disclosure.

FIG. 7C illustrates a cross-section analogous to the cross-section illustrated in FIG. 7B of a portion of a first appliance and a second appliance according to a number of embodiments of the present disclosure.

US 10,980,616 B2

**3**

FIG. **7**D illustrates a cross-section analogous to the cross-section illustrated in FIG. **7**B of a portion of a first appliance and a second appliance according to a number of embodiments of the present disclosure.

FIG. **8** illustrates an interface between a number of bite adjustment structures on a dental position adjustment appliance and a number of teeth on an opposing jaw according to a number of embodiments of the present disclosure.

FIG. **9**A illustrates jaws in a first vertical relationship according to a number of embodiments of the present disclosure.

FIG. **9**B illustrates jaws in a second vertical relationship according to a number of embodiments of the present disclosure.

FIG. **10** illustrates a correction for overbite and overjet according to a number of embodiments of the present disclosure.

FIG. **11** illustrates a system for treatment plan specific bite adjustment structures according to one or more embodiments of the present disclosure.

DETAILED DESCRIPTION

In contrast to some previous approaches, a number of embodiments of the present disclosure feature a dental positioning appliance (e.g., aligner) including a number of bite adjustment structures positioned thereon in a treatment specific fashion. For example, the bite adjustment structures can be placed according to a stage of treatment associated with the appliance. One, several, or all of a series of appliances can include bite adjustment structures that are positioned (e.g., with a shape and location) that is specific to a respective stage of a treatment plan associated with each appliance. In some embodiments, the bite adjustment structures can be formed of a same material as the appliance and/or formed at a same time as the appliance.

In the following detailed description of the present disclosure, reference is made to the accompanying drawings that form a part hereof, and in which is shown by way of illustration how a number of embodiments of the disclosure may be practiced. These embodiments are described in sufficient detail to enable those of ordinary skill in the art to practice the embodiments of this disclosure, and it is to be understood that other embodiments may be utilized and that process and/or structural changes may be made without departing from the scope of the present disclosure. As used herein, "a number of" a particular thing can refer to one or more of such things (e.g., a number of bite adjustment structures can refer to one or more bite adjustment structures).

The figures herein follow a numbering convention in which the first digit or digits correspond to the drawing figure number and the remaining digits identify an element or component in the drawing. Similar elements or components between different figures may be identified by the use of similar digits. For example, **106** may reference element "06" in FIG. **1**, and a similar element may be referenced as **606** in FIG. **6**. As will be appreciated, elements shown in the various embodiments herein can be added, exchanged, and/or eliminated so as to provide a number of additional embodiments of the present disclosure. In addition, as will be appreciated, the proportion and the relative scale of the elements provided in the figures are intended to illustrate certain embodiments of the present invention, and should not be taken in a limiting sense.

FIG. **1** illustrates a perspective view of a dental position adjustment appliance **102** including a number of bite adjust-

**4**

ment structures **106** being applied to a set of teeth **104** according to one or more embodiments of the present disclosure. Appliances according to the present disclosure can include, in some embodiments, a plurality of incremental dental position adjustment appliances. The appliances, such as appliance **102** illustrated in FIG. **1**, can be utilized to incrementally implement a treatment plan such as by affecting incremental repositioning of individual teeth in the jaw, among other suitable uses. Appliances, such as appliance **102**, can be fabricated according to a virtual dental model that has had positions of a number of teeth adjusted according to one or more embodiments of the present disclosure.

Appliances can include any positioners, retainers, and/or other removable appliances for finishing and maintaining teeth positioning in connection with a dental treatment. These appliances may be utilized by the treatment professional in performing a treatment plan. For example, a treatment plan can include the use of a set of appliances, created according to models described herein.

An appliance (e.g., appliance **102** in FIG. **1**) can, for example, be fabricated from a polymeric shell, and/or formed from other material, having a plurality of cavities therein (e.g., cavity **107-1**, cavity **107-2**, generally referred to herein as cavities **107**). The cavities **107** can be designed (e.g., shaped) to receive one or more teeth **104** and/or apply force to reposition one or more teeth **104** of a jaw from one teeth arrangement to a successive teeth arrangement. The shell may be designed to fit over a number of, or in many instances all, teeth **104** present in the upper and/or lower jaw.

The appliance **102** can include a number of bite adjustment structures **106** formed of a same material as the shell. In some embodiments, the bite adjustment structures **106** can be formed of the same material as the shell as a continuous body. The bite adjustment structures **106** can be formed at a same time as the shell (e.g., from a same bulk material), such as during a vacuum forming process, where the material is vacuum formed over a model of teeth that is formed based on data representing a user's teeth.

The shell can include cavities **107** (e.g., where each cavity **107** corresponds to a tooth). The bite adjustment structures **106** can be a part of a cavity **107**. A cavity, such as cavity **107-3**, that does not include a bite adjustment structure **106** can be shaped to mate with a particular tooth. For example, cavity **107-3** can be shaped to mate with three surfaces of a corresponding tooth to be received therein. The three surfaces can be a front (facial) surface **128**, a back (lingual) surface **126**, and a biting (incisal) surface **124**. The cavity **107-3** may be slightly out of alignment with a current configuration of the particular tooth (e.g., to facilitate aligning the particular tooth to a desired configuration), but the cavity **107-3** can generally conform to the shape of the particular tooth such that there is not much space between the cavity **107-3** and the particular tooth when the appliance **102** is worn.

In contrast, a cavity, such as cavity **107-1**, that includes a bite adjustment structure **106** can be shaped to mate with two surfaces of a particular tooth. For an incisor or canine, the two surfaces can be a front (facial) surface **128** and a biting (incisal) surface **124**. The back surface (lingual) surface **126** of the cavity **107-1** can include the bite adjustment structure **106** extending therefrom. The bite adjustment structure **106** can form a part of the cavity **107-1** such that when worn over a particular tooth, space exists between the tooth and the bite adjustment structure **106**. FIGS. **7**B and **7**C illustrate this space in more detail.

US 10,980,616 B2

5                                                                                          6

The bite adjustment structures **106** can extend from the appliance **102** toward the back of the mouth (in a facial-lingual direction) and be designed to interface with teeth of the jaw opposing the jaw over which the appliance **102** is intended to be worn. For example, the appliance **102** can be designed to fit over teeth in a user's upper jaw and the bite adjustment structures **106** can be designed to interface with teeth of the user's lower jaw. The shape (e.g., size and/or contours, angle(s), etc.) and location (e.g., position on the cavity) of each of the bite adjustment structures **106** can be specific to a stage of a treatment plan for which the appliance **102** was designed. For example, successive appliances created according to a treatment plan may have differently shaped and/or located bite adjustment structures **106**. A particular bite adjustment structure **106** can have a shape and location specific to a particular stage of the treatment plan based on at least one of an interface with a particular tooth of an opposing jaw, an intended use, and an orientation of a tooth over which the bite adjustment structure **106** is positioned. Bite adjustment structures **106** that have shapes and locations specific to particular stages of treatment can be advantageous over some previous approaches that use generic and/or uniform attachments that are not specific to treatment stages and therefore may not accurately provide the desired correction for the treatment stage during which they are used. Such inaccurate treatment can lead to lengthening treatment plans, a need for a revised treatment plan, and/or unnecessary user discomfort, among other drawbacks. In contrast a number of embodiments of the present disclosure allow for more timely, accurate, and/or comfortable execution of treatment plans.

In some embodiments, an edge **101** of a cavity **107** opposite the biting (incisal) surface **124** of the cavity **107** can be shaped to extend beyond a gingival line **108** of the nose. Extending portions of the shell over the gingival line **108** of the jaw can help to distribute a counterforce (e.g., counter to a number of forces applied to the bite adjustment structures **106**) to other portions of the jaw.

Although not specifically illustrated, in some embodiments, for a particular stage in a treatment plan, both an upper appliance (an appliance designed to fit over teeth of a user's upper jaw) and lower appliance (an appliance designed to fit over teeth of a user's lower jaw) can include a number of bite adjustment structures. A particular stage in a treatment plan can include bite adjustment structures on only one of an upper appliance and a lower appliance. A particular stage in a treatment plan may not include any bite adjustment structures on either an upper appliance or a lower appliance. A particular stage in a treatment plan can include bite adjustment structures on cavities corresponding to incisors, canines, premolars, and/or or molars, and/or any combination thereof.

Bite adjustment structures on the upper appliance can be designed to interface with teeth of the lower jaw and the bite adjustment structures on the lower appliance can be designed to interface with teeth of the upper jaw. As used herein, a bite adjustment structure being "designed to interface with teeth of an opposing jaw" can mean that the bite adjustment structure is designed to interface with teeth of an opposing jaw that are or are not covered by another appliance. In some embodiments, a bite adjustment structure on a cavity of a first appliance can be designed to interface with a corresponding providing structure on a cavity of a second appliance over an opposing jaw (e.g., as illustrated and described with respect to FIG. **7**D).

An upper appliance can include a number of bite adjustment structures **106** on a back (e.g., lingual) side of cavities

**107** designed to receive upper anterior teeth. The number of bite adjustment structures **106** can interface with lower anterior teeth and receive an inherent force therefrom when a user bites (e.g., so as to provide a disocclusion between posterior teeth of the user). In some embodiments, the appliance **102** can be designed to selectively distribute a counterforce (counter to an inherent force generated by the user's biting) to the posterior upper dentition.

The bite adjustment structures **106** can be designed to provide a disocclusion between opposing jaws. Providing a disocclusion between opposing jaws can allow for adjustment (e.g., correction) a vertical relationship between the upper and lower jaws. That is, the bite adjustment structures **106** can be designed and intended for adjustment of the vertical relationship between upper and lower jaws and/or a vertical relationship between respective teeth in the upper and lower jaws. In some embodiments, the appliance **102** can be designed to reposition a number of teeth **104** over which the appliance **102** is worn while the bite adjustment structures **106** provide a disocclusion between opposing jaws. Providing a disocclusion between opposing jaws can help prevent appliances on opposing jaws from interacting (e.g., touching, allowing interaction of forces, etc.) with each other (e.g., except at the bite adjustment structures **106**). Providing a disocclusion between opposing jaws can adjust an occlusal plane (e.g., a global occlusal plane) of the user. Such an adjustment can be temporary (e.g., while the appliance **102** is worn) and/or more permanent (e.g., by allowing for extrusion of teeth such as molars). For example, the bite adjustment structures **106** can be designed to provide a disocclusion between opposing posterior teeth when the user bites (e.g., in some instances, a number of anterior teeth of the user may contact a bite adjustment structure **106** on an appliance worn over an opposing jaw, which can prevent the user's posterior teeth from occluding). As used herein, "disocclusion" includes the provision of space between opposing teeth of opposing jaws so that the teeth do not bind with and/or contact each other.

FIG. **2** illustrates a perspective view of a digital model **214** of a jaw including a number of bite adjustment structures **210** positioned on incisors according to a number of embodiments of the present disclosure. A number of embodiments of the present disclosure include instructions that are executable by a processor (e.g., software), which can be fixed in a non-transitory computing device readable medium, to model a user's jaws (e.g., including teeth, roots, gingiva, and/or supporting structure, etc.). The instructions can be executed to create and/or modify a treatment plan to incrementally adjust the user's teeth and/or bite, among other adjustments, via application of a series of appliances as described herein. The instructions can be executed to provide modified models of the user's jaws for each of the various stages of the treatment plan for fabrication (e.g., via rapid prototyping such as stereolithography) of physical models corresponding to the digital models **214**. The physical models can be used for the fabrication (e.g., via thermoforming) of appliances thereover.

According to a number of embodiments of the present disclosure, the instructions can be executed to position a number of digital bite adjustment structures **210** on a corresponding number of digital teeth **212** of a digital model **214** of a jaw. The instructions can be executed to position the digital bite adjustment structures **210** on the digital teeth of the digital model **214** of the jaw at a particular stage of treatment and/or adjust a position of the digital bite adjustment structures **210** for subsequent stages of treatment. The digital model **214** of the jaw can be different at each stage

7

of treatment according to the treatment plan (e.g., positioning of the digital teeth can change). The instructions can be executed to adjust the position of the digital bite adjustment structures **210** according to changes to the digital model **214** of the jaw between treatment stages and/or according to anticipated changes in subsequent stages of treatment (e.g., to help effectuate a desired change to the digital model **214** of the jaw).

For each stage of treatment, the instructions can be executed to model forces applied to the digital model **214** of the jaw by an appliance corresponding to that stage (to simulate actual forces to be applied to a user's physical jaw by a physical appliance). Those forces can include forces applied to the digital model **214** of the jaw by virtue of the appliance being slightly out of alignment with a current configuration of the digital teeth and/or include inherent forces applied to the aligner by the user (e.g., when the user bites on the bite adjustment structures). The instructions can be executed to adjust the shape of the digital model **214** of the jaw such that a corresponding appliance formed thereover distributes a counterforce (counter to the inherent force applied by the user to the bite adjustment structures) to a number of posterior teeth of the physical jaw of the user.

Any of the number of digital models illustrated and/or described herein (e.g., FIGS. **2**, **3A-3D**, **4**, **5**, etc.) can represent a stage of a treatment plan, can be used to model forces applied to the digital models, can be used to create a physical model for formation of a physical appliance thereover, can be used for direct fabrication of a physical appliance (without creating a physical model), among other uses.

Positioning and/or adjustment of positioning of digital bite adjustment structures **210** on a digital model **214** of a jaw can be automatic (e.g., by operation of software based on force modeling for a particular stage of treatment), manual (e.g., by operation of an operator interacting with the digital model via an interface with a computing device), or a combination thereof. Likewise, the shape (e.g., size, orientation (e.g., various angles with respect to references) and/or attachment location (on the digital teeth) of the digital bite adjustment structures **210** can be automatically set by the software, by manual operation (e.g., an operator can specify the necessary criteria of the digital bite adjustment structures **210** and/or modify default criteria provided by the software), or a combination thereof.

As described herein, the bite adjustment structures can be used to provide a disocclusion and/or adjust canine guidance, among other uses. The instructions to position the digital bite adjustment structures **210** can incorporate a result of instructions to model forces used to reposition digital teeth **212**. For example, the instructions can be executed to model a first number of forces used to reposition a corresponding number of digital teeth **212** a first distance according to a first stage ("first" indicating an arbitrary stage, not necessarily an original stage) of a treatment plan and the instructions can be executed to incorporate a result of modeling the first number of forces in order to position the digital bite adjustment structures **212**. The instructions executed to adjust a position of the digital bite adjustment structures **212** can incorporate a result of instructions executed to calculate a second number of forces used to reposition the number of digital teeth **212** a second distance according to a second stage of the treatment plan (e.g., a stage subsequent to the first stage, not necessarily sequential thereto).

According to a number of embodiments of the present disclosure, physical bite adjustment structures do not need to be attached to a user's physical teeth in order to fabricate

8

appliances that include bite adjustment structures therein. With digital modeling, an impression of the user's teeth (without physical attachments) can be made and the digital bite adjustment structures **210** can be added by software. Such embodiments can be beneficial in reducing chair time for users in a professional's office and/or reduce the use of materials associated with physical attachments, which can reduce costs. Such embodiments can be beneficial in reducing user discomfort that may be associated with physical attachments, even if the physical attachments are temporary.

FIG. **3A** illustrates a perspective view of a portion of a digital model **314** of a jaw corresponding to a first stage of treatment including a number of digital bite adjustment structures **310** positioned thereon according to a number of embodiments of the present disclosure. The digital model **314** includes a number of digital teeth **312-1**, **312-2**, **312-3**, **312-4** (e.g., incisors) that each include a corresponding digital bite adjustment structure **310-1**, **310-2**, **310-3**, **310-4**.

FIG. **3B** illustrates a perspective view of a portion of a digital model **314** of a jaw corresponding to a second stage of treatment including a number of digital bite adjustment structures **310** positioned thereon according to a number of embodiments of the present disclosure. FIG. **3C** illustrates a perspective view of a portion of a digital model **314** of a jaw corresponding to a third stage of treatment including a number of digital bite adjustment structures **310** positioned thereon according to a number of embodiments of the present disclosure. FIG. **3D** illustrates a perspective view of a portion of a digital model **314** of a jaw corresponding to a fourth stage of treatment including a number of digital bite adjustment structures **310** positioned thereon according to a number of embodiments of the present disclosure.

"First stage" does not necessarily mean the original stage of a treatment plan, but is a relative term with respect to other stages. For example, the "first stage" may be a second stage of a 50 stage treatment plan, while the "second stage" illustrated in FIG. **3B** may be a tenth stage of the 50 stage treatment plan, while the "third stage" illustrated in FIG. **3C** may be a 30th stage of the 50 stage treatment plan, and the "fourth stage" illustrated in FIG. **3D** may be a 40th stage of the 50 stage treatment plan.

Embodiments can include more or fewer bite adjustment structures **310** than are illustrated in FIGS. **3A-3D**. For example, some treatment plans may include four bite adjustment structures **310** for a first stage and two bite adjustment structures for a second stage. Each of the bite adjustment structures **310** can have a shape and location specific to the respective stage of the treatment plan.

FIG. **3A** includes a first digital tooth **312-1** with a first digital bite adjustment structure **310-1** that is smaller than a second digital bite adjustment structure **310-2** on a second digital tooth **312-2**. The first digital bite adjustment structure **310-1** is smaller than the second digital bite adjustment structure **310-2** in both a direction between adjacent teeth in the same jaw (mesial-distal direction) **311** and in a direction between the front of the mouth and the back of the mouth (facial-lingual direction) **313**. In some embodiments, different bite adjustment structures can have different sizes in a direction between the root and the tip of a tooth (gingival-incisal/coronal direction) **315**. The first digital bite adjustment structure **310-1** is smaller than a third digital bite adjustment structure **310-3** on a third digital tooth **312-3** and smaller than a fourth digital bite adjustment structure **310-4** on a fourth digital tooth **312-4**. The third digital bite adjustment structure **310-3** is approximately the same size as the second digital bite adjustment structure **310-2**. The fourth digital bite adjustment structure is smaller than the second

US 10,980,616 B2

**9**

digital bite adjustment structure **310-2** and the third digital bite adjustment structure **310-3**, but larger than the first digital bite adjustment structure **310-1**. Bite adjustment structures can have different angles as illustrated and described in more detail with respect to FIGS. 7A-7B.

A bite adjustment structure can be designed with a different (e.g., smaller) size, for example, as corresponding teeth of opposing jaws get closer together during treatment. A bite adjustment structure can be designed with a different (e.g., larger) size, for example, as corresponding teeth of opposing jaws get farther apart during treatment. A bite adjustment structure can have a smaller or larger size in a direction between adjacent teeth in the same jaw (mesial-distal direction) **311** dependent upon proximity to one or more adjacent teeth (e.g., a bite adjustment structure can be designed to be smaller/larger to account for crowding/spacing so that the bite adjustment structure does not interfere with neighboring teeth).

A bite adjustment structure can be designed to be in a different location on a tooth for different stages of treatment. As illustrated between FIG. 3B and FIG. 3C, an edge **323-1** of the digital bite adjustment structure **310-1** that is closest to the biting (incisal) surface **324-1** moved closer to the biting (incisal) surface **324-1** of the digital tooth **312-1**. Furthermore, the digital bite adjustment structure **310-1** increased in size in both a direction between adjacent teeth in the same jaw (mesial-distal direction) **311** and a direction between the root and the tip of a tooth (gingival-incisal/coronal direction) **315** between the second stage and the third stage. Bite adjustment structures can be designed to change location on a tooth between treatment stages based on, for example, changes in intrusion or extrusion of the tooth (or a corresponding tooth on an opposing jaw) and/or movement of the tooth (or a corresponding tooth on an opposing jaw) (e.g., movement in a direction between adjacent teeth in the same jaw (mesial-distal direction) **311**). For example, if a tooth is intruded during treatment, a bite adjustment structure for that tooth may be moved toward a biting (incisal) surface of the tooth in a subsequent stage of treatment to allow a corresponding tooth on the opposing jaw to continue to make contact with the bite adjustment structure. As used herein, "intrusion" includes forcing a tooth back into a jaw and/or preventing eruption of the tooth from the jaw.

Across FIGS. 3A-3D, the edges **323-1**, **323-2**, **323-3**, **323-4** of the digital bite adjustment structures **310-1**, **310-2**, **310-3**, **310-4** closest to the biting (incisal) surfaces **324-1**, **324-2**, **324-3**, **324-4** of the teeth generally change location toward the biting (incisal) surfaces **324-1**, **324-2**, **324-3**, **324-4** of the digital teeth **312-1**, **312-2**, **312-3**, **312-4**. Such a change in location can be designed for the digital bite adjustment structures **310-1**, **310-2**, **310-3**, **310-4**, for example, as part of a treatment plan where the digital teeth **312-1**, **312-2**, **312-3**, **312-4** are being intruded into the jaw (as the teeth move up into the jaw, an occlusal plane defined by contact with the corresponding teeth on the opposing jaw would generally move in the direction between the root and the tip of a tooth (gingival-incisal/coronal direction) **315** toward the biting (incisal) surfaces **324-1**, **324-2**, **324-3**, **324-4** of the digital teeth **312-1**, **312-2**, **312-3**, **312-4**).

FIG. **4** illustrates a perspective view of a digital model **414** of a jaw including a number of digital bite adjustment structures **410-1**, **410-2** positioned on digital canines **412-1**, **412-2** according to a number of embodiments of the present disclosure. Appliances (e.g., formed based on digital model **414**) that include bite adjustment structures on canines can be used to provide a disocclusion between various opposing

**10**

teeth in a user's jaws while the appliance is worn (e.g., to allow for eruption of teeth or other treatment goals).

The digital bite adjustment structures **410** can extend from the digital canines **412** in a direction from the outside of the mouth toward an inside of the mouth (facial-lingual) direction **413**. Because the digital bite adjustment structures **410** are extending from digital canines **412**, the digital bite adjustment structures **410** are likely (depending on specific patient tooth geometry and alignment) to extend in a direction oblique to the occlusal plane. Although the angle of each digital bite adjustment structure can be specific to the particular digital tooth from which it extends, and patient tooth geometries and alignments will differ, digital bite adjustment structures extending from digital incisors (e.g., FIG. **2**) may be more closer to being parallel to the occlusal plane, digital bite adjustment structures extending from digital molars and/or premolars (e.g., FIG. **5**) may be closer to being perpendicular to the occlusal plane, and digital bite adjustment structures extending from digital canines (e.g., FIG. **4**) may be closer to being oblique to the occlusal plane.

According to a number of embodiments of the present disclosure, the digital bite adjustment structures **410** can be positioned on a corresponding number of digital teeth **412** of a digital model **414** of a jaw at a particular stage of treatment. The position of the digital bite adjustment structures **410** can be adjusted for subsequent stages of treatment (e.g., to help effectuate a desired change to the digital model **414** of the jaw). For example, bite adjustment structures on cavities of an appliance over a canine can be used to adjust canine guidance. Canine guidance is a feature of the canines that helps to prevent contact of posterior teeth of opposing jaws when the lower jaw slides sideways (e.g., interaction ("guidance") of the upper and lower canines provides a disocclusion between the posterior teeth of opposing jaws when the lower jaw slides sideways with respect to the upper jaw in order to protect the posterior teeth). An appliance formed with bite adjustment structures on a canine cavity can adjust canine guidance by altering the interface between the canine cavity and a corresponding tooth on an opposing jaw so that when the jaws move sideways with respect to one another the interface between the bite adjustment structure and the opposing tooth protects the posterior teeth by providing a disocclusion (e.g., where, without the bite adjustment structure the posterior teeth may contact and/or grind against each other as the jaws move sideways with respect to one another).

FIG. **5** illustrates a perspective view of a digital model **514** of a jaw including a number of digital bite adjustment structures **510-1**, **510-2** positioned on digital posterior teeth **512-1**, **512-2** according to a number of embodiments of the present disclosure. The digital bite adjustment structures **510** are illustrated being positioned on digital molars **512**. Although not specifically illustrated, digital bite adjustment structures can be positioned on digital premolars in an analogous fashion to the digital bite adjustment structures **510** positioned on the molars **512** illustrated in FIG. **5**.

The digital bite adjustment structures **510** can be positioned on a corresponding number of digital teeth **512** (e.g., posterior teeth) of a digital model **514** of a jaw at a particular stage of treatment. The position of the digital bite adjustment structures **510** can be adjusted for subsequent stages of treatment (e.g., to help effectuate a desired change to the digital model **514** of the jaw). For example, bite adjustment structures on cavities of an appliance over a molar and/or premolar can be used to provide a disocclusion between the posterior and/or anterior teeth of opposing jaws when the user bites. The digital bite adjustment structures **510** can

US 10,980,616 B2

**11**

extend from a respective cavity in a direction between the root and the tip of a tooth (gingival-incisal/coronal direction) **515**. In some embodiments, the digital bite adjustment structures **510** can extend in the direction between the root and the tip of a tooth (gingival-incisal/coronal direction) **515** a distance sufficient to pass through an occlusal plane to help corresponding physical bite adjustment structures formed in an appliance based on the digital model **514** to provide a disocclusion. The disocclusion can be provided by interaction of the bite adjustment structure with teeth of the opposing jaw (e.g., the bite adjustment structure can contact a number of teeth of the opposing jaw and prevent the other teeth of the opposing jaws from contacting one another). Although not specifically illustrated, a corresponding surface of an opposite digital jaw can be contoured to receive the digital bite adjustment structure **510**. An appliance formed thereover can inherit the contours so that the bite adjustment structure **510** fits nicely against the opposing appliance and avoids unwanted shifting forces.

Although not specifically illustrated, some embodiments can include a digital bite adjustment structure on a number of posterior teeth on only one side of the jaw (e.g., either left or right) for a particular stage of treatment. Including a bite adjustment structure extending from a posterior tooth on one side of the jaw can allow a number of teeth to be extruded from or erupt from an opposite side of the jaw. In some embodiments, a first stage of treatment can include a number of bite adjustment structures extending from posterior teeth on the left side of a jaw and a second stage subsequent to the first stage can include a number of bite adjustment structures extending from posterior teeth on the right side of the jaw (or vice versa). Varying the side of the jaw from which a digital bite adjustment structure extends (from a posterior tooth) can allow a number of teeth to be extruded from or erupt from both sides of the jaw alternately.

In some embodiments, a first stage of treatment can include a bite adjustment structure extending from a first posterior tooth on one side (e.g., left or right) of a jaw and a second stage subsequent to the first stage can include a bite adjustment structure extending from a second (different) posterior tooth on the same side of the jaw. Varying the tooth on the same side of the jaw from which a bite adjustment structure extends (from a posterior tooth) can allow a number of teeth to be extruded from or erupt from the same side of the jaw alternately.

FIG. **6** illustrates a perspective view of a portion of a dental position adjustment appliance including a number of bite adjustment structures **606** positioned thereon according to a number of embodiments of the present disclosure. For example, cavity **607** includes bite adjustment structure **606**. Bite adjustment structure **606** includes a first surface **620** and a second surface **622**. The cavity **607** that includes bite adjustment structure **606** is illustrated with cut line **7A**-**7A** and cut line **7B**-**7B**. FIG. **7A** corresponds to cut line **7A**-**7A**. FIGS. **7B**, **7C**, and **7D** are different embodiments corresponding to cut line **7B**-**7B**.

FIG. **7A** illustrates a cross-section taken along cut line **7A**-**7A** of a portion (e.g., cavity **707**-**1**) of the appliance illustrated in FIG. **6** according to a number of embodiments of the present disclosure. The appliance includes a cavity **707**-**1** including a bite adjustment structure **706**-**1**. The cavity **707**-**1** can be shaped to mate with two surfaces of a tooth therein when worn by a user. Note that the left and right edges of the cavity **707**-**1** are shown for illustrative purposes, and may not physically be part of the appliance (e.g., the appliance may have an open channel between adjacent cavities contained therein so as not to interfere with

**12**

an interproximal region between adjacent teeth of a user). As described herein, bite adjustment structures can include a shape and location specific to a particular stage of a treatment plan. The bite adjustment structure **706**-**1** is illustrated on a back (lingual) surface **726**-**1** of the cavity **707**-**1**. The cavity **707**-**1** (e.g., the bite adjustment structure **706**-**1** on the cavity **707**-**1**) can have a first surface **720**-**1** extending away from a tooth within the cavity **707**-**1** in a front-to-back (facial-lingual) direction (out of the page) proximal to a biting (incisal) surface **724**-**1** of the cavity **707**-**1**. The cavity **707**-**1** (e.g., the bite adjustment structure **706**-**1**) can have a second surface **722**-**1** that connects with the first surface **720**-**1** a distance from the tooth within the cavity **707**-**1**. The first surface **720**-**1** and the second surface **722**-**1** are both on a same side of the cavity **707**-**1** (e.g., the first surface **720**-**1** and the second surface **722**-**1** are both on the outside of the cavity **707**-**1** as opposed to the inside of the cavity **707**-**1** where a tooth is received). An angle **716** between the first surface **720**-**1** of the cavity **707**-**1** and an occlusal plane **718**-**1** of the user is illustrated.

According to a number of embodiments of the present disclosure, different cavities (not specifically illustrated in FIG. **7A**) can have different angles **716** between the first surface **720**-**1** and the occlusal plane **718**-**1**. Having different angles **716** between different bite adjustment structures **706**-**1** and the occlusal plane **718**-**1** can allow for more accurate modeling of forces applied to the bite adjustment structures **706**-**1** by opposing teeth of the user. Having different angles **716** between different bite adjustment structures **706**-**1** and the occlusal plane **718**-**1** can allow for more force to be applied to each of the bite adjustment structures **706**-**1** by opposing teeth of the user, for example, in a situation where a user has differently misaligned teeth in either an upper or lower jaw (e.g., where biting (incisal) surfaces **724**-**1** of different teeth approach the occlusal plane **718**-**1** with different angles). Modifying the angles **716** of individual bite adjustment structures **706**-**1** can allow first surfaces **720**-**1** (e.g., biting (incisal) surfaces) of individual bite adjustment structures **706**-**1** (e.g., each bite adjustment structure **706**-**1**) to be substantially parallel to biting (incisal) surfaces of opposing teeth.

FIG. **7B** illustrates a cross-section taken along cut line **7B**-**7B** of a portion (e.g., cavity **707**-**2**) of the appliance illustrated in FIG. **6** according to a number of embodiments of the present disclosure. With respect to FIG. **7A**, FIG. **7B** can illustrate the cavity **707**-**1** of FIG. **7A** as it would appear after rotating 90 degrees about a vertical axis **721**. The appliance includes a cavity **707**-**2** including a bite adjustment structure **706**-**2** according to a number of embodiments of the present disclosure. The cavity **707**-**2** can be shaped to mate with two surfaces of a tooth therein when worn by a user. For example, the front (facial) surface **728** of the cavity **707**-**2** can be shaped to mate with a front (facial) surface of a tooth therein and a biting (incisal) surface **724**-**2** of the cavity **707**-**2** can be shaped to mate with a biting (incisal) surface of a tooth therein. The back (lingual) surface **726**-**2** of the cavity **707**-**2** can be partially shaped to mate with a back (lingual) surface of a tooth therein.

The back (lingual) surface **726**-**2** of the cavity **707**-**2** is shaped to "partially mate" with a back (lingual) surface of a tooth therein, because there is a space between the tooth and the first surface **720**-**2** and second surface **722**-**2** of the bite adjustment structure **706**-**2** (e.g., as illustrated by the dotted line **725**-**2**, which would otherwise represent a portion of the back (lingual) surface of the cavity **707**-**2**). In some embodiments, the space between the tooth and the first surface **720**-**2** and the second surface **722**-**2** can be empty (e.g.,

US 10,980,616 B2

13

hollow). In such embodiments, there is an open channel between the bite adjustment structure **706-2** and a remainder of the cavity **707-2**. In some embodiments, the space between the tooth and the first surface **720-2** and the second surface **722-2** can be solid (e.g., filled with a same material as the appliance or a different material). In such embodiments, the dotted line **725-2** would appear as a solid line because it would represent a physical edge of the material filling the space between the tooth and the first surface **720-2** and the second surface **722-2**.

The bite adjustment structure **706-2** is illustrated on a back (lingual) surface **726-2** of the cavity **707-2**. The cavity **707-2** (e.g., the bite adjustment structure **706-2** on the cavity **707-2**) can have a first surface **720-2** extending away from a tooth within the cavity **707-2** in a front-to-back (facial-lingual) direction proximal to a biting (incisal) surface **724-2** of the cavity **707-2**. The cavity **707-2** (e.g., the bite adjustment structure **706-2**) can have a second surface **722-2**. The second surface **722-2** can extend away from a location where the back of a tooth would be received in the cavity **707-2** would be (e.g., as illustrated by dotted line **752-2**). The second surface **722-2** can extend in a generally biting (incisal) direction (at least relative to the front-to-back (facial-lingual) direction in which the first surface **720-2** extends). The second surface **722-2** can depart from a point **727** where the cavity **707-2** is otherwise shaped to mate with a tooth received therein. The point **727** can be proximal to an edge **729** of the cavity **707-2** opposite the biting (incisal) surface **724-2** of the cavity **707-2**. The first surface **720-2** connects with the second surface **722-2** a distance from the tooth within the cavity **707-2**.

An angle **717** between the first surface **720-2** of the cavity **707-2** and an occlusal plane **718-2** of the user is illustrated. Contrasted with the angle **716** illustrated in FIG. 7A between the first surface **720-1** and the occlusal plane **718-1**, which can be considered a "roll angle", the angle **717** illustrated in FIG. 7B between the first surface **720-2** and the occlusal plane **718-2** can be considered a "pitch angle." According to a number of embodiments of the present disclosure, different cavities (not specifically illustrated in FIG. 7B) can have different angles **717** between the first surface **720-2** and the occlusal plane **718-2**. Having different angles **717** between different bite adjustment structures **706-2** and the occlusal plane **718-2** can allow for more accurate modeling of forces applied to the bite adjustment structures **706-2** by opposing teeth of the user. Having different angles **717** between different bite adjustment structures **706-2** and the occlusal plane **718-2** can allow for more accurate control of a direction in which force is to be applied to each of the bite adjustment structures **706-2** by opposing teeth of the user, for example, in a situation where a treatment plan for a user calls for repositioning a tooth within the cavity **707-3** in a direction other than directly toward the root and/or jaw (e.g., to correct for a tooth with improper tipping such as inclination or reclination).

FIG. 7C illustrates a cross-section analogous to the cross-section illustrated in FIG. 7B of a portion of a first appliance and a second appliance according to a number of embodiments of the present disclosure. The portion (e.g., cavity **707-31**) of the first appliance includes a bite adjustment structure **706-3**. The back (lingual) surface **726-3** of the cavity **707-31** can be shaped to mate partially with a back (lingual) surface of a tooth therein, because there is a space between the tooth and the first surface **720-3** and second surface **722-3** of the bite adjustment structure **706-3** (e.g., as

14

illustrated by the dotted line **725-3**, which would otherwise represent a portion of the back (lingual) surface of the cavity **707-31**).

In some embodiments, the first surface **720-3** of the bite adjustment structure **706-3** can include a notch **730-3** therein positioned to receive a biting (incisal) surface of a cavity **707-32** opposite the bite adjustment structure **706-3** in an opposing jaw when the jaws of a user wearing the appliance are closed. Such a notch **730-3** can be useful in helping to control a location where an opposing cavity **707-32** contacts and/or applies force to the bite adjustment structure **706-3** so that the force applied to the bite adjustment structure is more accurately modeled in the treatment plan. Without such a notch, the opposing cavity **707-32** may slide along the first surface **720-3** of the bite adjustment structure **706-3** and apply forces to different portions of the first surface **720-3** of the bite adjustment structure **706-3**, which can lead to different force vectors (e.g., different magnitudes and/or directions). More accurate modeling of the force applied to the bite adjustment structure **706-3** can lead to more favorable results from the treatment plan for the user (e.g., the actual results can more accurately reflect the modeled results in the treatment plan).

FIG. 7D illustrates a cross-section analogous to the cross-section illustrated in FIG. 7B of a portion of a first appliance and a second appliance according to a number of embodiments of the present disclosure. The portion (e.g., cavity **707-41**) of the first appliance includes a bite adjustment structure **706-4**. The back (lingual) surface **726-4** of the cavity **707-41** can be shaped to mate partially with a back (lingual) surface of a tooth therein, because there is a space between the tooth and the first surface **720-4** and second surface **722-4** of the bite adjustment structure **706-4** (e.g., as illustrated by the dotted line **725-4**, which would otherwise represent a portion of the back (lingual) surface of the cavity **707-4**).

In some embodiments, the first surface **720-4** of the bite adjustment structure **706-4** can include a receiving structure **732-4** therein positioned to receive a providing structure **731-4** of a cavity **707-42** opposite the bite adjustment structure **706-4** in an opposing jaw when the jaws of a user wearing the appliances are closed. Such a receiving structure **732-4** can be useful in helping to control a location where the opposing cavity **707-42** contacts and/or applies force to the bite adjustment structure **706-4** so that the force applied to the bite adjustment structure is more accurately modeled in the treatment plan. Without such a receiving structure, the opposing cavity **707-42** may slide along the first surface **720-4** of the bite adjustment structure **706-4** and apply forces to different portions of the first surface **720-4** of the bite adjustment structure **706-4**, which can lead to different force vectors (e.g., different magnitudes and/or directions). More accurate modeling of the force applied to the bite adjustment structure **706-4** can lead to more favorable results from the treatment plan for the user (e.g., the actual results can more accurately reflect the modeled results in the treatment plan).

FIG. 8 illustrates an interface between a number of bite adjustment structures **806-1**, **806-2** on a dental position adjustment appliance **802** and a number of teeth **804-1**, **804-2** on an opposing jaw according to a number of embodiments of the present disclosure. The number of teeth **804-1**, **804-2** of the second jaw may or may not be covered by an appliance. The number of bite adjustment structures **806-1**, **806-2** can have a shape and location specific to a particular stage of a treatment plan that the appliance **802** was designed to implement. Although only two cavities of the appliance

US 10,980,616 B2

**15**

**802** are illustrated, other cavities may be included with the appliance **802** and other cavities (some or all) can include bite adjustment structures thereon. A particular bite adjustment structure (e.g., bite adjustment structure **806-1**, or more than one bite adjustment structure) can have a shape and location specific to a particular stage of the treatment plan based on at least one of an interface with a particular tooth (e.g., tooth **804-1**) of the opposing jaw, an intended use, and an orientation of a tooth over which the cavity including the bite adjustment structure (e.g., bite adjustment structure **806-1**) is positioned.

The interface between the bite adjustment structure **806-1** and the tooth **804-1** can be defined by a relative geometry of the first surface **820** of the bite adjustment structure **806-1** and the biting (incisal) surface **824** of the tooth **804-1** and/or a biting (incisal) surface of a cavity of an appliance thereover. The first surface **820-1** of the first cavity can be parallel to a local occlusal plane **832-1** of a tooth **804-1** opposite the first surface **820-1** of the first cavity and the first surface **820-2** of the second cavity can be parallel to a local occlusal plane **832-2** of a tooth **804-2** opposite the first surface **820-2** of the second cavity. A local occlusal plane can be an occlusal plane between a particular upper tooth and a particular lower tooth that is based only on the occlusion of the particular upper tooth and particular lower tooth (e.g., as opposed to a global occlusal plane, which is based on the occlusion of teeth in the upper and lower jaws as a whole). The first surface **820-1** of the bite adjustment structure **806-1** and/or the first surface **820-2** of the bite adjustment structure **806-2** can be designed to provide a disocclusion between opposing posterior teeth when the user bites.

Although not specifically illustrated, the teeth **804-1**, **804-2** can be covered by an appliance that can include bite adjustment structures to interface with biting (incisal) surfaces of the cavities of the appliance **802**. Various stages of a treatment plan can include or not include an appliance to cover the teeth **804-1**, **804-2** of the opposing jaw and different stages of the treatment plan can include or not include a number of bite adjustment structures on the appliance for the opposing jaw. For example, a particular stage of a treatment plan can include an appliance over each of the upper jaw and lower jaw of a user, where each appliance includes a number of bite adjustment structures, and where the bite adjustment structures are designed to provide a disocclusion between opposing posterior teeth in order to level the teeth of the upper and lower jaws.

The positioning of the digital bite adjustment structures on the digital model can correspond to the actual position of the physical bite adjustment structures on the appliances that are fabricated according to the digital model. For example, as illustrated in FIG. **8**, the bite adjustment structures **806-1**, **806-2** (e.g., by operation of the user closing his jaws) may apply inherent forces **834-1**, **834-2** to the teeth **804-1**, **804-2** of the opposing jaw. As is also illustrated, the orientation of different teeth **804-1**, **804-2** with respect to the orientation of different bite adjustment structures **806-1**, **806-2** can be different based on the geometry of the interfaces between the bite adjustment structures **806-1**, **806-2** and the opposing teeth **804-1**, **804-2** according to a particular stage the treatment plan. Thus, the bite adjustment structures **806-1**, **806-2** can be specific to individual teeth **804-1**, **804-2** as well as specific to the particular stage of the treatment plan. The bite adjustment structures **806-1**, **806-2** may direct an inherent force (e.g., inherent from the user biting) perpendicular to the local occlusal plane **832-1**, **832-2** where the bite adjustment structures **806-1**, **806-2** interact with opposing teeth **804-1**, **804-2**, an opposing appliance, and/or bite adjustment

**16**

structures on an opposing appliance. In general there may not be lateral forces applied to the bite adjustment structures **806-1**, **806-2** unless bite adjustment structures on an opposing appliance have been configured to apply such a force to the bite adjustment structures **806-1**, **806-2**.

FIG. **9**A illustrates jaws **936-1**, **936-2** in a first vertical relationship **938-1** according to a number of embodiments of the present disclosure. FIG. **9**B illustrates jaws **936-1**, **936-2** in a second vertical relationship **938-2** according to a number of embodiments of the present disclosure. In some embodiments, an appliance (e.g., including a number of bite adjustment structures) worn over the upper jaw **936-1** can be designed to adjust a vertical relationship **938-1**, **938-2** between the upper jaw **936-1** and the lower jaw **936-2**. As illustrated in FIG. **9**A and FIG. **9**B this adjustment of the vertical relationship **938-1**, **938-2** can help correct for a deep bite to improve an appearance of the user's teeth and to reduce problems associated with a deep bite condition, as described herein. Embodiments are not limited to adjusting the position of the lower jaw **936-2** with respect to the upper jaw **936-1**, as the position of either or both of the upper jaw **936-1** and lower jaw **936-2** can be adjusted. Furthermore, the adjustment can be performed by an appliance worn over the upper jaw **936-1** and/or an appliance worn over the lower jaw **936-2** (e.g., by interaction of a number of bite tabs on a number of appliances with a number of teeth on an opposing jaw).

FIG. **10** illustrates a correction for overbite **1040** and overjet **1042** according to a number of embodiments of the present disclosure. Overbite **1040** can refer to a lower jaw being too far behind the upper jaw or a misalignment of the teeth. Specifically, overbite **1040** can refer to the extent of vertical (superior-inferior) overlap of the maxillary central incisors **1004-1** over the mandibular central incisors **1004-2**, measured relative to the incisal ridges. Overjet **1042** can be the distance between the maxillary anterior teeth **1004-1** and the mandibular anterior teeth **1004-2** in the anterior-posterior axis. As illustrated in FIG. **10**, the maxillary tooth **1004-1** can be adjusted from a first position **1004-1**A to a second position **1004-1**B and/or the mandibular tooth **1004-2** can be adjusted from a first position **1004-2**A to a second position **1004-2**B.

A number of appliances in a series of appliances created as part of a treatment plan can perform different functions. Some of the functions performed by different appliances in the series may overlap and some may be unique to a particular appliance. By way of example, a first appliance can include a first number of bite adjustment structures designed to provide a disocclusion for a number of teeth of a first jaw and/or a second jaw to help correct for at least one of overjet **1042** and overbite **1040**. A second appliance can include a second number of bite adjustment structures designed to provide a disocclusion for the number of teeth of the first jaw and/or the second jaw to correct for at least one of overjet **1042** and overbite **1040**. In this example, the first appliance can correct for either or both of overjet **1042** and overbite **1040** and the second appliance can correct for either or both of overjet **1042** and overbite **1040**. Correction for overbite and/or overjet can include adjustments to the position of various teeth and or relative positioning of the jaws by the appliances (e.g., including adjustments affected by the number of bite adjustment structures, as described herein). Such adjustments can include intrusion, rotation, inclination, and/or disocclusion, among others.

FIG. **11** illustrates a system for treatment plan specific bite adjustment structures according to one or more embodiments of the present disclosure. In the system illustrated in

US 10,980,616 B2

**17**

FIG. **11**, the system includes a computing device **1144** having a number of components coupled thereto. The computing device **1144** includes a processor **1146** and memory **1148**. The memory can include various types of information including data **1150** and executable instructions **1152** as discussed herein.

Memory and/or the processor may be located on the computing device **1144** or off the device in some embodiments. As such, as illustrated in the embodiment of FIG. **11**, a system can include a network interface **1154**. Such an interface can allow for processing on another networked computing device or such devices can be used to obtain information about the patient or executable instructions for use with various embodiments provided herein.

As illustrated in the embodiment of FIG. **11**, a system can include one or more input and/or output interfaces **1156**. Such interfaces can be used to connect the computing device with one or more input or output devices.

For example, in the embodiment illustrated in FIG. **11**, the system includes connectivity to a scanning device **1158**, a camera dock **1160**, an input device **1162** (e.g., a keyboard, mouse, etc.), a display device **1164** (e.g., a monitor), and a printer **1166**. The processor **1146** can be configured to provide a visual indication of a digital model **1174** on the display **1164** (e.g., on a GUI running on the processor **1146** and visible on the display **1164**). The input/output interface **1156** can receive data, storable in the data storage device (e.g., memory **1148**), representing the digital model **1174** (e.g., corresponding to the patient's upper jaw and the patient's lower jaw).

In some embodiments, the scanning device **1158** can be configured to scan a physical mold of a patient's upper jaw and a physical mold of a patient's lower jaw. In one or more embodiments, the scanning device **1158** can be configured to scan the patient's upper and/or lower jaws directly (e.g., intraorally).

The camera dock **1160** can receive an input from an imaging device (e.g., a 2D imaging device) such as a digital camera or a printed photograph scanner. The input from the imaging device can be stored in the data storage device **1148**.

Such connectivity can allow for the input and/or output of digital model **1174** information or instructions (e.g., input via keyboard) among other types of information. Although some embodiments may be distributed among various computing devices within one or more networks, such systems as illustrated in FIG. **11** can be beneficial in allowing for the capture, calculation, and/or analysis of information discussed herein.

The processor **1146**, in association with the data storage device **1148**, can be associated with data and/or application modules **1168**. The processor **1146**, in association with the data storage device **1148**, can store and/or utilize data and/or execute instructions to provide a number of application modules for treatment plan specific bite adjustment structures.

Such data can include the digital model **1174** described herein (e.g., including a first jaw, a second jaw, a number of appliances, etc.). Such application modules can include an adjustment module **1170**, a force calculation module **1172**, a position bite adjustment structures module **1176**, and/or a treatment plan module **1178**.

The position bite adjustment structures module **1176** can be configured to position a number of bite adjustment structures on a corresponding number of digital teeth (e.g., anterior teeth) of the digital model **1174** of a jaw at a first stage of a treatment plan. The position module **1176** can be

**18**

configured to incorporate a result of forces modeled by the force calculation module **1172** (e.g., forces used to reposition the corresponding number of digital teeth a first distance according to a first stage of the treatment plan).

The adjustment module **1170** can be configured to adjust the position of the number of bite adjustment structures on the corresponding number of digital teeth of the digital model **1174** of the jaw at a second stage of the treatment plan according to changes to the digital model **1174** of the jaw between the first stage and the second stage of the treatment plan. The adjustment module **1170** can be configured to adjust the position of the number of digital bite adjustment structures by changing a shape (e.g., size, a number of angles, etc.) and/or an attachment location of the number of digital bite adjustment structures on the corresponding number of digital teeth of the digital model of the jaw. The adjustment module **1170** can be configured to adjust a shape of the digital model **1174** of the jaw at the first stage of the treatment plan such that the corresponding one of the appliances formed thereover distributes a counterforce corresponding to the force modeled by the force calculation module **1172** to a number of posterior teeth of the user's jaw. The adjustment module **1170** can be configured to incorporate a result of forces modeled by the force calculation module **1172** (e.g., forces used to reposition the corresponding number of digital teeth a second distance according to a second stage of the treatment plan).

The force calculation module **1172** can be configured to model an inherent force applied to the number of bite adjustment structures by a user wearing a corresponding one of the appliances during the first stage of the treatment plan. The treatment plan module **1178** can be configured to create, edit, delete, revise, or otherwise modify the treatment plan (e.g., based at least in part on operation of other application modules **1168**).

The digital model **1174** can be provided (e.g., via network interface **1154**) for fabrication of physical models corresponding to the jaw at the first and the second stages of the treatment plan for formation of appliances thereover such that the appliances inherit a shape of the number of digital bite adjustment structures.

Although specific embodiments have been illustrated and described herein, those of ordinary skill in the art will appreciate that any arrangement calculated to achieve the same techniques can be substituted for the specific embodiments shown. This disclosure is intended to cover any and all adaptations or variations of various embodiments of the disclosure.

It is to be understood that the use of the terms "a", "an", "one or more", "a number of", or "at least one" are all to be interpreted as meaning one or more of an item is present. Additionally, it is to be understood that the above description has been made in an illustrative fashion, and not a restrictive one. Combination of the above embodiments, and other embodiments not specifically described herein will be apparent to those of skill in the art upon reviewing the above description.

It will be understood that when an element is referred to as being "on," "connected to" or "coupled with" another element, it can be directly on, connected, or coupled with the other element or intervening elements may be present. In contrast, when an element is referred to as being "directly on," "directly connected to" or "directly coupled with" another element, there are no intervening elements or layers present. As used herein, the term "and/or" includes any and all combinations of one or more of the associated listed items.

**19**

It will be understood that, although the terms first, second, etc. may be used herein to describe various elements and that these elements should not be limited by these terms. These terms are only used to distinguish one element from another element. Thus, a first element could be termed a second element without departing from the teachings of the present disclosure.

The scope of the various embodiments of the disclosure includes any other applications in which the above structures and methods are used. Therefore, the scope of various embodiments of the disclosure should be determined with reference to the appended claims, along with the full range of equivalents to which such claims are entitled.

In the foregoing Detailed Description, various features are grouped together in a single embodiment for the purpose of streamlining the disclosure. This method of disclosure is not to be interpreted as reflecting an intention that the embodiments of the disclosure require more features than are expressly recited in each claim.

Rather, as the following claims reflect, inventive subject matter lies in less than all features of a single disclosed embodiment. Thus, the following claims are hereby incorporated into the Detailed Description, with each claim standing on its own as a separate embodiment.

What is claimed:

**1**. A system, comprising:

a first appliance of a series of appliances to incrementally implement a treatment plan for a patient having a first jaw and a second jaw, comprising a first shell having a plurality of cavities therein to receive teeth of the first jaw and being for a first stage of the treatment plan;

a first plurality of bite adjustment structures formed of a same material as the first shell and extending from the first shell each respective bite adjustment structure of the first plurality of bite adjustment structures having an edge where the each respective bite adjustment structure of the first plurality of bite adjustment structures meets the respective tooth receiving cavity, the edge of each respective first bite adjustment structure of the first plurality of bite adjustment structures being located at first distances from an incisal surface of the respective cavity, and a respective first planar surface thereby allowing a respective contacting tooth of a second jaw to slide along the respective planar surface;

a second appliance of the series of appliances for a second stage of the treatment plan, comprising a second shell having a plurality of cavities therein to receive teeth of the first jaw; and

a second plurality of bite adjustment structures formed of a same material as the second shell and extending from the second shell, each respective bite adjustment structure of the second plurality of bite adjustment structures having an edge where the each respective bite adjustment structure of the second plurality of bite adjustment structures meets the respective tooth receiving cavity, the edge of each respective second bite adjustment structure of the first plurality of bite adjustment structures being located at second distances from an incisal surface of the respective cavity, and a respective second planar surface thereby allowing a respective contacting tooth of a second jaw to slide along the respective planar surface.

**2**. The system of claim **1**, wherein the first distances are based on an interface with the respective contacting tooth of the second jaw when the first appliance is worn and the first and second jaws are in occlusion.

**20**

**3**. The system of claim **1**, wherein the series of appliances includes a third appliance comprising a third shell having a plurality of cavities therein to receive teeth of the second jaw for the first stage of the treatment plan.

**4**. The system of claim **3**, wherein the third appliance includes a third bite adjustment structure with an edge formed of a same material as the third she and extending therefrom and interfaces with teeth of the first jaw, and wherein the third bite adjustment structure has a shape and a location specific to the first stage of the treatment plan.

**5**. The system of claim **1**, wherein the first and second plurality of bite adjustment structures extends from respective cavities of the respective shells that receive anterior teeth.

**6**. The system of claim **5**, wherein the second distances are closer to an incisal surface of the respective cavities than the first distances of the first plurality of bite adjustment structures.

**7**. The system of claim **1**, wherein the first plurality of bite adjustment structures extend from a plurality of cavities of the first shell that receive anterior teeth, and wherein the first plurality of bite adjustment structures provide a disocclusion between the first jaw and the second jaw when the first appliance is worn by the patient.

**8**. The system of claim **1**, wherein the series of appliances includes: a third appliance comprising a third shell having a plurality of cavities therein to receive teeth of the first jaw and having a geometry shaped to reposition the teeth of the first jaw, wherein the third appliance does not include a bite adjustment structure with an edge formed of a same material as the third shell.

**9**. The system of claim **1**, wherein the series of appliances includes:

a third appliance comprising a third shell having a plurality of cavities therein to receive teeth of the first jaw;

a third plurality of bite adjustment structures formed of a same material as the third shell and extending therefrom, each respective third bite adjustment structure of the third plurality of bite adjustment structures having an edge where the each respective bite adjustment structure of the third plurality of bite adjustment structures meets the respective tooth receiving cavity, the edge being located at third distances from an incisal surface of the respective cavity, the third distances being closer to the respective incisal surfaces of the respective cavities than the first and second distances.

**10**. The system of claim **1**, wherein a first bite adjustment structure of the first plurality of bite adjustment structures is configured to have a first shape and a second bite adjustment structure of the second plurality of bite adjustment structures is configured to have the first shape.

**11**. The system of claim **1**, wherein one of a mesial-distal width or a facial-lingual length of a first bite adjustment structure of the first plurality of bite adjustment structures is different than a mesial-distal width or a facial-lingual length of a second bite adjustment structure of the first plurality of bite adjustment structures.

**12**. A system, comprising: a first appliance of a series of appliances to incrementally implement a treatment plan for a patient having a first jaw and a second jaw and comprising a first shell having a plurality of cavities therein to receive teeth of the first jaw in a first stage of the treatment plan;

a first bite adjustment structure formed of a same material as the first shell, extending from a first cavity of the first shell at a first edge where the first bite adjustment structure meets the first tooth receiving cavity, the first edge being located a first distance from an incisal

US 10,980,616 B2

21

surface of the first cavity, and including a first planar surface to interface with a first tooth of the second jaw to provide a disocclusion between the first jaw and the second jaw; a second appliance of the series of appliances, comprising a second shell having a plurality of cavities therein to receive teeth of the first jaw in a second stage of the treatment plan; and a second bite adjustment structure formed of a same material as the second shell, extending from a second cavity of the second shell at a second edge where the second bite adjustment structure meets the second tooth receiving cavity, the second edge being located a second distance from an incisal surface of the second cavity, the first distance different than the second distance, the second distance specific to the second stage of the treatment plan, and including a second planar surface designed to interface with the first tooth of the second jaw.

**13**. The system of claim **12**, wherein the first distance is based on an interface with the first tooth of the second jaw when the first appliance is worn and the first and second jaws are in occlusion.

**14**. The system of claim **12**, wherein the first and second bite adjustment structures extend from a cavity of one of the first and second shells that receive an anterior tooth.

**15**. The system of claim **14**, wherein the second distance of the second bite adjustment structure with respect to the cavity of the second shell is closer to an incisal surface of the cavity than the first bite adjustment structures.

**16**. The system of claim **12**, wherein the series of appliances includes:
a third appliance of the series of appliances, comprising a third shell having a plurality of cavities therein to receive teeth of the first jaw in a third stage of the treatment plan;
a third bite adjustment structure formed of a same material as the third shell, extending from a cavity of the third shell at a third edge where the third adjustment structure meets the third tooth receiving cavity, the third edge being located a third distance from an incisal surface of the third cavity, the third location specific to the third stage of the treatment plan and designed to interface with the first tooth of the second jaw.

**17**. The system of claim **12**, wherein the second bite adjustment structure is configured to provide a disocclusion between the first jaw and the second jaw when the second appliance is worn by the patient.

**18**. The system of claim **12**, wherein the first bite adjustment structure is configured to have a first shape and the second bite adjust structure is configured to have the first shape.

22

**19**. The system of claim **12**, wherein one of a mesial-distal width or a facial-lingual length of the first bite adjustment structure is different than a mesial-distal width or a facial-lingual length of the second bite adjustment structure.

**20**. A system, comprising:
a first series of appliances to incrementally implement stages of a treatment plan for a patient having a first jaw and a second jaw, each of the series of appliances comprising a shell having a plurality of cavities therein to receive teeth of the first jaw;
wherein a plurality of the series of appliances include a respective bite adjustment structure formed of a same material as a respective shell and extending from a respective first cavity of the respective shell, each respective bite adjustment structure having an edge where the bite adjustment structure meets the tooth receiving cavity, the edge being located at a distance from an incisal surface of the respective first cavity and having a first planar surface to contact a tooth of a second jaw; and
wherein the distance changes for the plurality of the series of appliances.

**21**. The system of claim **20**, wherein the stages of the treatment plan repositions teeth of the patient from a first arrangement towards a final arrangement and the distance of the respective bite adjustment structures with respect to the incisal surface of the respective first cavities decreases for progressive stages of the treatment plan.

**22**. The system of claim **20**, wherein the distance is based on an interface with the tooth of the second jaw when the respective of the first series of appliances is worn and the first and second jaws are in occlusion.

**23**. The system of claim **20**, further comprising a second series of appliances to receive teeth of the second jaw.

**24**. The system of claim **23**, wherein the first planar surface contacts incisal surfaces of the second series of appliances.

**25**. The system of claim **20**, wherein the first bite adjustment structure is configured to have a first shape and the second bite adjust structure is configured to have the first shape.

**26**. The system of claim **20**, wherein one of a mesial-distal width or a facial-lingual length of the first bite adjustment structure is different than a mesial-distal width or a facial-lingual length of the second bite adjustment structure.

* * * * *