# Exhibit 7

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 12,059,321 B2 | Page 1 of 1 |
| APPLICATION NO. | : 17/527954 | |
| DATED | : August 13, 2024 | |
| INVENTOR(S) | : Heng Cao et al. | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Claims

In Claim 1, at Column 24, Line number 34, after "cavities," delete "an attachment".

Signed and Sealed this
Sixteenth Day of September, 2025

Coke Morgan Stewart
*Acting Director of the United States Patent and Trademark Office*

**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 17/527,954 | 11/16/2021 | Heng CAO | 11353.070US5 | 1121 |

161191          7590          09/16/2025
FisherBroyles, LLP - Align Technology, Inc.
3340 Peachtree Road NE, Suite 1800
Atlanta, GA 30326

| EXAMINER |
|---|
| PATEL, YOGESH P |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3772 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/16/2025 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

Charles.Hagadorn@fisherbroyles.com
docketing@fisherbroyles.com
patents@aligntech.com

PTOL-90A (Rev. 04/07)



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. |
|---|---|---|
| 17/527,954 | 16-Sep-2025 | 12059321 |

FisherBroyles, LLP - Align Technology, Inc.
3340 Peachtree Road NE, Suite 1800
Atlanta, GA 30326

# ELECTRONIC CERTIFICATE OF CORRECTION NOTIFICATION

Your electronic certificate of correction is now available, and can be accessed via Patent Center at https://patentcenter.uspto.gov.

The electronic certificate of correction is the official certificate of correction under 35 U.S.C. 254 or 255. For more information, please visit https://www.uspto.gov/electronicgrants.